1

1        UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF NEW YORK
2

3    ------------------------------X
     SOUTH BAY SAILING CENTER, INC.
4                              :  15 -CV-06183

5            Plaintiff,
                           :  United States Courthouse
6        -against-            Central Islip, New York

7    THE STANDARD FIRE INSURANCE
     COMPANY, and DAVID R. WOZNICK,
8                              :  September 14, 2016
             Defendants.         2:00 p.m.
9    ------------------------------X

10           TRANSCRIPT OF EVIDENTIARY HEARING
           BEFORE THE HONORABLE STEVEN I. LOCKE
11              UNITED STATES MAGISTRATE JUDGE

12   APPEARANCES:

13   For the Plaintiff:        WILLIAM D. WEXLER, ESQ.
                               816 Deer Park Avenue
14                             North Babylon, NY 11703

15

16
     For the Defendant
17   Woznick:                  NICOLINI, PARADISE, FERRETTI &
                               SABELLA
18                             114 Old Country Road
                               Mineola, NY 11501
19                             By: JOHN NICOLINI, ESQ.

20

21
     Court Reporter:           OWEN WICKER, RPR
22                             100 Federal Plaza - Suite 1180
                               Central Islip, New York 11722
23                             (631) 712-6102

24

25   Proceedings recorded by mechanical stenography;
      transcript produced by computer aided transcription

2

1        (Case called)

2            MR. WEXLER:  William Wexler on behalf of South

3    Bay Sailing Center, Judge.

4            THE COURT:  Good afternoon.

5            MR. NICOLINI:  Good afternoon, John Nicolini,

6    Nicolini, Paradise, Ferretti & Sabella, 114 Old Country

7    Road, Mineola, NY on behalf of Mr. Woznick.

8            THE COURT:  Who is your client?

9            MR. WEXLER:  This is Jim Koehler, president of

10   South Bay Sailing.  He's the president of my client.

11           THE COURT:  I didn't know that.  Welcome.

12   That's fine.

13           MR. WEXLER:  I'm sorry, as an interested

14   witness, he will be testifying.

15           THE COURT:  But he's still your client.

16           MR. WEXLER:  Yes.

17           THE COURT:  A bit of housekeeping.  I notice

18   there are outstanding motions, docket entry 22, an

19   outstanding motion, which was actually resolved by another

20   docket entry which was a request for status conference.

21   Another is docket entry 27, a motion for an extension of

22   time to answer by the defendant and that really seeks to

23   interpose the defendant for improper service which is why

24   we're here today.  I don't know if there is any objection,

25   but if it is no objection in granting that motion, I'll do

 1  it now, unless you want to be heard, Mr. Wexler.

 2              MR. WEXLER:  I'm sorry?

 3              THE COURT:  The extension of time with respect

 4  to the defense.

 5              MR. WEXLER:  No.

 6              THE COURT:  Docket entry 27 is granted.

 7              We're here for a traverse hearing.  Let's get

 8  started.  Do you want to make opening statements, or no?

 9              MR. NICOLINI:  Certainly, your Honor.

10              On behalf of the defendant David Woznick, in a

11  nutshell, your Honor, the service issue is as follows.

12  Mr. Woznick grew up in a home currently still owned by his

13  mother Mary Jane Woznick.  That property is located at 269

14  Crombie Street in Huntington Station, New York.

15              David Woznick moved out of that property in

16  1986.  He then resided for approximately eight years in

17  another home owned by Mary Jane which is 5 Bay Road in

18  Amity Harbor, New York, and in 1994 he purchased a home at

19  16 Albert Road in Amity Harbor along with his wife

20  Dorothy.  They jointly owned and they resided at 16 Albert

21  Road since 1994 and up until the present time.  He no has

22  any connection with 269 Crombie.

23              THE COURT:  This is since 1994?

24              MR. NICOLINI:  Since 1994, your Honor.

25              And Mr. Woznick will testify that since within a

4

1   few years of 1986 moving out of his childhood home he had

2   everything transferred, including DMV, voting, anything

3   else, and I don't think this will be an issue, your Honor.

4   Everything is on line, all of his license, any license,

5   etcetera, your Honor.

6           What happened in this case that the lawsuit was

7   instituted, and on December 8th of 2015, service was made

8   at his childhood home at 269 Crombie Street.  I don't

9   believe this will be an issue either.

10           I have Mary Jane Woznick prepared to testify as

11   to receiving papers and any conversations had with the

12   process server.  So I don't think it will be disputed that

13   the service was effectuated at 269 Crombie Street on

14   December 8th of 2015.

15           I don't anticipate that will be established that

16   is not the legal residence of Mr. Woznick but that is the

17   issue, whether service at that location was proper and I

18   am prepared on behalf of Mrs. Woznick to produce

19   Mr. Woznick to testify to that effect.  My intention is to

20   then, I don't know if I say formally rest your Honor, but

21   not present any further evidence.

22           I presume Mr. Wexler based upon my conversations

23   will then produce the process server and I would like the

24   right your Honor to bring in rebuttal witnesses, if

25   necessary, namely Mary Jane concerning any conversations

5

1  made with the service and Dorothy, the wife, if there is

2  any claim that service was attempted at the spousal home

3  in Amity Harbor.  Unless your Honor would prefer to have

4  my witnesses go first.

5      THE COURT:  Let's see what Mr. Wexler has to say

6  about this, how it will affect efficiency.

7      MR. WEXLER:  Judge, I guess it could go either

8  way.  I imagine my experience with various hearings would

9  be, is Mr. Nicolini would call whomever he believes has

10 not been served or service was not proper.  I would then

11 have the burden to put forward the process server and I

12 guess the defendant would call rebuttal witnesses if they

13 were really rebuttal witnesses.

14     THE COURT:  Ordinarily I don't like to go this

15 way but in this instance I understand why it makes sense

16 only because to some degree he was not asked to put it in

17 and you just want to make one argument in the hearing.  So

18 if you no objection I'll let him proceed that way and if

19 you do object you can do it the long way around.

20     MR. WEXLER:  I don't have an objection, Judge.

21     THE COURT:  Why don't you do it the way you

22 propose, Mr. Nicolini.

23     MR. WEXLER:  On this issue.

24     THE COURT:  On this one issue.  Okay.

25     MR. NICOLINI:  Your Honor, David Woznick is

6

1   outside and the other two witnesses.  Is it okay if I go

2   out and get them?

3          THE COURT:  Before we get started, why don't you

4   have a seat at counsel table.  As you were walking down

5   the courtroom, I did not ask Mr. Wexler to give his

6   opening statement.

7          MR. WEXLER:  In less than a minute.  In less

8   than a minute.  Much of this is not in debate, what

9   Mr. Nicolini said was correct.  However, you'll hear from

10  our process server that went to an address in Huntington

11  Station, knocked on the door, a woman identified herself

12  as Mrs. Woznick who was asked if David Woznick lives

13  there, she said yes.  Is he in the military?  No.  And he

14  served the process on her and then gives the description

15  as required by 306 of the CPLR and if somebody who accepts

16  service says he lives here and answers the relevant

17  questions with respect to the military, I don't know how

18  later on he says no, he doesn't live there.

19         THE COURT:  I understand why it's a close call

20  because it's the mother in this case.  What if there was

21  somebody who has no relationship to him?

22         MR. WEXLER:  That's a separate issue.  If

23  somebody just said yes, he lived here and he had no

24  apparent authority or wasn't a familial relationship --

25         THE COURT:  Mrs. Woznick?

7

1          MR. WEXLER:  Yes, the answer by Ms. Woznick.  If

2    you want to think about it that way, then you can get so

3    crafty to make sure you never got service.  He doesn't

4    live here.  Now what do you do?

5          THE COURT:  I understand what you are saying.

6    The facts are in dispute, but let's go.

7          MR. WEXLER:  Thank you.

8          THE COURT:  Did I cut you off?

9          MR. WEXLER:  No, you didn't, but thank you.

10         THE COURT:  Mr. Nicolini.

11         MR. NICOLINI:  Defense calls David Woznick.

12         THE CLERK:  Raise your right hand.

13   **D A V I D    W O Z N I C K**,

14        called as a witness, having been first

15        duly sworn, was examined and testified

16        as follows:

17         THE CLERK:  Please state your name and spell it

18   slowly.

19         THE WITNESS:  David Woznick, W-O-Z-N-I-C-K.

20         THE COURT:  Please have a seat.

21         I'll ask you to pull the microphone toward you

22   and make sure the light is on because the acoustics here

23   are terrible.

24         THE WITNESS:  Okay.

25         THE COURT:  Is the light on?

D. Woznick - Direct/Nicolini

8

1          THE WITNESS:  Yes.

2          THE COURT:  Pull it towards you.

3          THE WITNESS:  Thank you.

4          THE COURT:  Okay.  Mr. Nicolini.

5          MR. NICOLINI:  Thank you, your Honor.

6   DIRECT EXAMINATION

7   BY MR. NICOLINI:

8   Q    Good afternoon, Mr. Woznick.  I would like you to

9   focus on 269 Crombie Street in Huntington Station, New

10  York.  Are you familiar with that address?

11  A    Yes.

12  Q    What is your connection with that address?

13  A    We -- I lived there since 1965.  My parents bought

14  that.  And I was there until about '86 when my mother

15  converted our bedroom into an apartment for my sister.

16  Q    Have you resided at 269 Crombie Street since

17  approximately 1986?

18  A    No.

19  Q    Your mother's first name is Mary Jane?

20  A    Yes.

21  Q    Last name Woznick?

22  A    Yes.

23  Q    Does your mom still reside at that property?

24  A    Yes.

25  Q    Is she still the owner of that property.

9

1    A    Yes.

2    Q    Does she reside there alone or with anyone else?

3    A    Until my father passed away, that was it.

4    Q    When did your dad pass?

5    A    Last year.

6    Q    2015 or '14?

7    A    Yeah, '15, I guess.

8    Q    So let's talk about then in 1986 -- withdrawn.  Up

9    until that point, 269 Crombie, were you driving when you

10   left?

11        Did you have your driver's license?

12   A    Yes.

13   Q    Okay.  I assume your driver's licenses listed 269

14   Crombie at that point; is that correct?

15   A    Yes.

16   Q    When you left in 1986, where did you move?

17   A    My parents were from Amityville, 5 Kay Road, and me,

18   my brother and sister moved there while my while they were

19   converting an addition to an apartment.

20   Q    Okay.  Did you live at 5 Kay Road for a period of

21   road for a period of time?

22   A    Until I got married in '94.

23   Q    And you got married to Dorothy?

24   A    Yes.

25   Q    Did you and Dorothy purchase a home together at some

D. Woznick - Direct/Nicolini

10

1   point?

2   A   Yes, in '94.

3   Q   The address for the home you purchased in 1994 is

4   what?

5   A   16 Albert Road, Amity Harbor.

6   Q   Is it fair to say then that you lived from -- let me

7   ask you this.  From 1986 through 1994 where did you live?

8   A   At 5 Kay Road.

9   Q   During that eight-year period, did you transfer any

10  of your records over to 5 Kay?

11  A   Yes, they did.

12  Q   Which would have been what?

13  A   Licenses, subscriptions, all of that.

14  Q   All right.  The purchase in '94 to Albert Road, and

15  you resided continually with your wife Dorothy at 16

16  Albert Road since 1994?

17  A   Yes.

18  Q   What was your address for purposes of mail,

19  forwarding, registration for vehicles, boats?

20  A   Everything.

21  Q   Driver's license?

22  A   Yes, at Albert Road.

23  Q   Since approximately when?

24  A   '94.

25  Q   Okay.  All right.  And other than the fact that your

D. Woznick - Cross/Wexler

1    mother continued to reside at 269 Crombie Street, do you

2    have any other connection to that property?

3    A    No.

4    Q    Do you have any ownership interest in that property?

5    A    No.

6         MR. NICOLINI:  I have no further questions.

7    Thank you.

8    CROSS-EXAMINATION

9    BY MR. WEXLER:

10   Q    Good afternoon, Mr. Woznick.

11        You testified that you lived and still live at

12   16 Albert Road in Amity Harbor?

13   A    Yes, sir.

14   Q    And let's talk about Amity Harbor.  That is south of

15   Montauk Highway, correct?

16   A    Correct.

17   Q    And you lived there for how many years?  Fifteen,

18   twenty years?

19   A    Eight.

20   Q    And before that you were in Amityville on 5 Kay?

21   A    Yes.

22   Q    That was your brother's house?

23   A    No.

24   Q    Okay.  And where were you storing the boat in 2012?

25   A    At 5 Kay Road.

12

1   Q    Who owns 5 Kay Road?

2   A    My mother.

3   Q    Your mother owns 5 Kay Road and you were storing your

4   boat there?

5   A    Yes.

6   Q    Now your boat is the subject of this underlying

7   litigation, correct?

8   A    Uh-huh.

9   Q    Yes?

10  A    Yes, sir.

11  Q    And your boat floated up onto my client's property?

12  A    Yes, sir.

13  Q    And my client is South Bay Sailing Center, correct?

14  A    Yes.

15  Q    At some point in time you went to -- your boat was a

16  33-foot Carver?

17  A    No.

18  Q    Tell me the size and the make of your vessel?

19  A    I believe it was 28-foot Bayliner.

20  Q    Okay.  Inboard or inboard/outboard?

21  A    IO, inboard/outboard.

22  Q    At some point in time you went over to the South

23  Shore Sailing Center, correct?

24  A    After I was notified.

25  Q    I just asked you, did you?

D. Woznick - Cross/Wexler

13

1   A    Yes, I did.

2   Q    And you went over there because you were probably

3   going to inquire about your boat, correct?

4   A    Yes, sir.

5   Q    And in fact your boat was not only on the property,

6   it was into the South Shore Sailing Center's boat,

7   correct?

8   A    It bumped into the boat.  Knocked the boat off the

9   tracks.

10  Q    We are talking about the hanger door?

11  A    The sliding closet door, 20 feet, like that.

12  Q    Larger than this courtroom?

13  A    Yes.

14  Q    Didn't want to leave the impression like it was a

15  door like here?

16  A    Yes.

17  Q    On at least two occasions you talked to Jim Koehler?

18  A    Yes.

19  Q    You know who he is?

20  A    Yes.

21  Q    He's the gentleman with the blue blazer?

22  A    Yes.

23  Q    How did you know him?

24  A    From this incident.

25  Q    And on at least two occasions, it may have been

D. Woznick - Cross/Wexler

```
 1    three, you discussed various aspects of your boat and

 2    Superstorm Sandy with Jim Koehler, correct?

 3    A     Yes.

 4    Q     Now, your mother resides at 269 Crombie Street in

 5    Huntington Station, correct?

 6    A     Yes, sir.

 7    Q     And your mother is approximately 70 years old?

 8    A     85.

 9    Q     Eighty-five, okay.  And is she between five-foot and

10    five-foot three?

11    A     Yes, sir.

12    Q     And Caucasian?

13              White?

14    A     Yes, sir.

15    Q     And hair color, gray?

16    A     Gray, brown, whatever.

17    Q     At some point in time -- do you speak to your mother

18    regularly?

19    A     About once a week.

20    Q     Okay.  And were you speaking to your mother regularly

21    over the last year or two?

22    A     Yes, sir.

23    Q     And when was the first time your mother told you that

24    she received some sort of legal papers on your behalf.

25    When was the first time?
```

D. Woznick - Cross/Wexler

15

1    A    When I -- when she mailed me the letter saying that

2    we were in default or something, whatever, the last letter

3    that was sent.  We didn't respond to the summons.

4    Q    Okay.  So your mother sent you a copy of a letter

5    presumably sent by a lawyer saying that you didn't respond

6    to a complaint?

7    A    Yes.

8    Q    Okay.  And did your mother mail it to you or did she

9    hand it to you?

10   A    Mailed it to me.

11   Q    Did she call you first?

12   A    The day before.

13   Q    Did she tell you she was served with papers before

14   that?  Just yes or no.

15   A    Not at that time.

16   Q    Well, did she tell you afterwards?

17   A    My sister had been at the house and said what are

18   these papers, after which it was served months later, and

19   that's when I find found out about that.

20   Q    Let's go back to Superstorm Sandy.  What date did

21   that occur?

22   A    Halloween of 2012.

23   Q    Okay.  And Amityville and Amity Harbor, especially

24   the homes right on the canal, was probably one of the

25   worst hit on Long Island, correct?

D. Woznick - Cross/Wexler

**16**

1   A     Yes.

2   Q     And is it fair to say that probably every house south

3   of Merrick Road was under water?

4   A     Yes.

5   Q     And in fact the streets that are Barry and Kay Road

6   and DeSotto, all of those streets were under water?

7   A     Yes.

8   Q     In fact homes and businesses north of Merrick were

9   under water?

10  A     Some, yes.

11  Q     And your home was under water, wasn't it?

12  A     Yes.

13  Q     Your home was flooded as was your neighbor's and the

14  people across the street?

15  A     Yes.

16  Q     In fact are you aware that in Amity Harbor the homes

17  south of Merrick had between five and eight feet of water

18  of water, of flooding?

19  A     Oh, yes.

20  Q     And that was your house?

21  A     Yes.

22  Q     And you moved out of your house, didn't you?

23  A     Yes.

24  Q     You weren't going to live in it while it was flooded?

25  A     Yes.

D. Woznick - Cross/Wexler

17

1   Q    And you had to have major renovation and

2   construction?

3   A    Yes.

4   Q    And in fact did you have your house lifted?

5   A    Not yet.

6   Q    You still have to have the house lifted?

7   A    Yes.

8   Q    And you had to do that because they destroyed the

9   interior of it?

10  A    Yes.

11  Q    There was mold?

12  A    We cleaned it before the mold came.

13  Q    Okay.  But you had at least five feet of water in

14  your home, yes?

15  A    At 5 Kay it did.  My house had about a foot.

16  Q    So there was a time that you moved out of your house.

17  You couldn't live in there with a foot of saltwater in the

18  house, correct?

19  A    I was in the house the whole time.  I stayed.

20  Q    You never moved out?

21  A    No.

22  Q    And lived without electricity all winter?

23  A    I had an electrician temporarily hook up my electric.

24  Put in a new electric box.

25  Q    Do you have any receipts of that here?

1    A    No.

2    Q    Well, you also said -- strike that.  So everybody

3    else in the house moved out?

4    A    Just me and my wife.

5    Q    Did she move out?

6    A    No.

7    Q    So you stayed.  You are saying you stayed there?

8    A    Yes.

9    Q    Okay.  What do you recall discussing with Jim Koehler

10   when you went to see him on the two, potentially three

11   occasions?  What is it that you recall discussing with

12   him?

13   A    Having it removed.

14   Q    Anything else?

15   A    Not that I recall.

16   Q    Okay.

17            THE COURT:  Meaning the boat.  You said "having

18   it removed"?

19            THE WITNESS:  Having the boat removed from the

20   property.

21   Q    And did you ever discuss with or tell Mr. Koehler

22   that you were moving certain items of yours to Huntington

23   Station?

24   A    No.

25   Q    And by the way, 269 Crombie is in Huntington Station,

D. Woznick - Redirect/Nicolini

1    correct?

2    A    Yes.

3    Q    And do you have any knowledge whether or not

4    Mr. Koehler knows your mother?

5    A    I don't believe so.

6    Q    And you don't have any understanding that Mr. Koehler

7    knows that your mother resides in Huntington Station?

8    A    I don't believe so.

9              MR. WEXLER:  Thank you, sir.  No further

10   questions.

11             THE COURT:  Redirect examination.

12             MR. NICOLINI:  Briefly, your Honor.

13   REDIRECT EXAMINATION

14   BY MR. NICOLINI:

15             MR. NICOLINI:  Judge, may I have this marked for

16   identification.

17             THE COURT:  Sure.  Show it to Mr. Wexler.

18             MR. NICOLINI:  May I approach?

19             THE COURT:  First, Mr. Wexler, any objection?

20             MR. WEXLER:  I do have an array of objections,

21   but I'll let Mr. Nicolini first offer them and I'll make

22   the appropriate objection.

23             THE COURT:  All right.  Have them marked first.

24             MR. NICOLINI:  With the Court's permission, your

25   Honor.

20

```
 1              THE COURT:  Yes.

 2   Q    Mr. Woznick, look at what is marked as Defendant's

 3   Exhibit 2 for identification, and just look at that and is

 4   that a copy of your boat registration for the boat at

 5   issue?

 6   A    Yes, sir.

 7   Q    And that boat, based upon that registration, I think

 8   is a '76 Bayliner?

 9   A    '76 Bayliner.

10   Q    Does it also have your car registration on there as

11   well?

12   A    Yes.

13   Q    What is the date of the car registration?

14   A    April 22, 2013.

15   Q    And is -- what was the address for the car when you

16   registered on that date?

17   A    16 Albert Road.

18   Q    Which is where you live with your wife, correct?

19   A    Yes.

20   Q    Does the boat registration, what is the boat

21   registration?

22   A    15 Albert Road.

23   Q    What is the date of the registration for the boat?

24   A    January of 2013.

25              MR. WEXLER:  Judge, I don't mean to interrupt.
```

D. Woznick - Redirect/Nicolini

**21**

1   I move to strike that.  He's reading from something not

2   received in evidence.

3           MR. NICOLINI:  I'll offer it in evidence.

4           MR. WEXLER:  And I'll object.

5           THE COURT:  On the basis of what?

6           MR. WEXLER:  I don't know it is.  First of all

7   there was a police report.

8           THE COURT:  He said it was a registration for a

9   boat.

10          MR. NICOLINI:  No, the registration for the boat

11  and car.

12          THE COURT:  Exhibit 2?

13          MR. NICOLINI:  Yes.

14          MR. WEXLER:  I've seen it but my objection is,

15  first of all, that the two documents that are DMV and boat

16  registration and the car registration, those are

17  registered to the Department of Motor Vehicles.  I don't

18  know if he can testify that those are business records of

19  the Department of Motor Vehicles.  I don't think he has

20  the capacity to do that.  And to skip ahead, the police

21  report --

22          THE COURT:  Well, let's get to the police

23  report.  May I see the two exhibits, please?

24          Mr. Woznick, you testified these are copies of

25  your car registration and boat registration; is that

D. Woznick - Redirect/Nicolini

22

1  correct.

2          THE WITNESS:  Yes, sir.

3          THE COURT:  And did you provide the information

4  to the Department of Motor Vehicles for your address?

5          THE WITNESS:  I do have a driver's license.

6          THE COURT:  I'm just asking, did you provide

7  this information?

8          THE WITNESS:  Yes.

9          THE COURT:  And this is what you got back, your

10  registration for the car and boat.

11          THE WITNESS:  I have a police report.

12          THE COURT:  No, is this what you got back from

13  the Department of Motor Vehicles?

14          THE WITNESS:  Yes.

15  BY MR. NICOLINI:

16  Q    Mr. Woznick, look briefly at Defendant's Exhibit 3

17  and I'll just ask you -- just looking at that, does that

18  look to you to be the information from the Department of

19  Motor Vehicles pertaining to your driver's license?

20  A    Yes.

21  Q    Do you have a copy of your driver's license that you

22  brought with you today?

23  A    Yes.

24  Q    And the driver's license that you currently have with

25  the Department of Motor Vehicles, what is the address on

D. Woznick - Redirect/Nicolini

23

1    that license?

2    A    16 Albert Road.

3    Q    It's been there for how long as DMV had the 16 Albert

4    Road address?

5    A    Since '94, '95.

6              MR. NICOLINI:  I would offer Exhibit 2.

7              THE COURT:  That is 3.

8              MR. NICOLINI:  I'm sorry.

9              THE COURT:  I don't understand what that is.

10   May I see that, please?

11             Mr. Woznick, what is this.

12             THE WITNESS:  I think he inquired to Motor

13   Vehicles of what my driver's license was and when it

14   expires and stuff.

15             THE COURT:  Well, you testified to what you

16   said.

17             Do you have objections, Defendant's 3?

18             MR. WEXLER:  You already overruled the

19   objection.

20             THE COURT:  No, to Defendant's 2.

21             MR. WEXLER:  I don't know what it is.  It is an

22   abstract.

23             THE COURT:  Neither do I.

24             MR. NICOLINI:  The DMV abstract that shows 16

25   Albert Road the address per the DMV record.  I also have a

24

1  copy of his license.

2          THE COURT:  You have to ask him how he got this.

3  You may have printed this out.

4          MR. NICOLINI:  I did, your Honor.  I did it off

5  the internet.

6          THE COURT:  Sustained.  He can't testify to what

7  this is.

8          MR. NICOLINI:  I don't think this is even an

9  issue, but to the extent it is I have a copy of his

10  driver's copy.

11          THE COURT:  If you can make it an exhibit, but

12  you should have done this for everybody beforehand so we

13  know what you are doing.

14          MR. NICOLINI:  I apologize, your Honor.

15          THE COURT:  Just so the record is clear, the

16  distinction of my ruling, when he had the registration for

17  the two vehicles, those are business records clearly what

18  he purports what they are.  I don't know what Exhibit 3

19  was.

20          MR. NICOLINI:  May I have step outside to make a

21  copy?

22          MR. WEXLER:  I don't need a copy, Judge.  I'll

23  stipulate if counsel states that is his driver's license,

24  I'm fine.

25          THE COURT:  All right.  If you want to put it in

D. Woznick - Redirect/Nicolini

1   evidence, either the license or a copy.

2          MR. WEXLER:  I'll also stipulate to replace the

3   original with a copy so the man can have his license back.

4          THE COURT:  Let's make a copy.

5          MR. NICOLINI:  Judge, let's make this

6   Defendant's 4, your Honor.

7          THE COURT:  Okay.

8   Q    Mr. Woznick, I'll show you what has been marked as

9   Defendant's Exhibit 4.  Can you tell us what that is?

10  A    A copy of my driver's license.

11  Q    And the address is listed as what?

12  A    16 Albert Road.

13         MR. NICOLINI:  I would offer that in evidence,

14  your Honor.

15         THE COURT:  Any objection.

16         MR. WEXLER:  No objection.

17         THE COURT:  Admitted.

18         (Whereupon, Defendant's Exhibit 4 was received

19  in evidence.)

20  Q    You were asked, Mr. Woznick, questions by Mr. Wexler

21  about complications with Mr. Koehler.  Do you recall that?

22  A    Yes.

23  Q    And at some point did the Amityville police become

24  involved?

25  A    Yes.

D. Woznick - Redirect/Nicolini

26

1   Q    Did you speak to the responding police officer?

2   A    Yes.

3   Q    Was a police report filed, to your knowledge?

4   A    Yes.

5   Q    And have you looked at the police report?

6   A    I have copies of it.

7   Q    And does the police report contain your address?

8   A    Yes, it does.

9   Q    What do you recall the police report sets forth your

10  address as of the time it was made?

11  A    16 Albert Road.

12  Q    And I would show you what is marked as Defendant's

13  Exhibit 1.  I would just ask you if you can identify what

14  that is?

15  A    A copy of the police report.

16  Q    Do you have a copy of the date of the police report

17  here?  What is that?

18  A    11/27 of 2012.

19  Q    Does that comport with your recollection of about

20  when the police became involved and when they filed the

21  report?

22  A    Yes, sir.

23  Q    That report does in fact list your address as 16

24  Albert?

25  A    Yes.

27

1   Q    Did you provide that from the police?  Did they get

2   it from the registration?

3   A    They got it from the registration.

4   Q    Did you ever provide to Mr. Koehler or the employees

5   or anyone else any different address than the one that is

6   contained in the police report?

7   A    No, sir.

8        MR. NICOLINI:  I would offer at this time, your

9   Honor, Defendant's Exhibit 1 into evidence.

10       MR. WEXLER:  Objection, your Honor.

11       THE COURT:  On the grounds of?

12       MR. WEXLER:  It's a business record.  I don't

13  think he can lay a foundation to offer a record that he

14  did not keep, maintain or prepare.

15       THE COURT:  I agree.  Sustained.

16       MR. NICOLINI:  Okay.

17       I have no further questions.  Thank you.

18       THE COURT:  Recross.

19       MR. WEXLER:  A few other questions.

20  RECROSS-EXAMINATION

21  BY MR. WEXLER:

22  Q    Mr. Woznick, incidentally, your testimony is that you

23  stayed in the house at 16 Albert?

24  A    Yes.

25  Q    After at least a foot of water was in the house,

28

1    correct?

2    A    Yes.

3    Q    And your mechanicals, your boiler, heater, those were

4    on the ground floor, not the second floor, correct?

5    A    In the basement.

6    Q    If the first floor was flooded then the basement was

7    flooded?

8    A    My floors in the house didn't get wet on the living

9    portion but the basement had it up to the floor beams.

10   Q    Your basement is about seven feet in height?

11   A    Yes.

12   Q    So the boilers and all the mechanicals that heat the

13   house and anything that had to do with heating the house,

14   they were all under saltwater?

15   A    Yes.

16   Q    So there was at least seven feet of saltwater in the

17   basement?

18   A    Yes.

19   Q    When did you first purchase the '76 Bayliner, the

20   vessel in question?

21   A    In the '80s.

22   Q    So when you purchased the vessel in the '80s --

23   A    I didn't purchase it.  My sister gave it to me.

24   Q    However you came in possession of the 27-foot 1976

25   Bayliner, however it was gifted, sold, whatever, in the

D. Woznick - Recross/Wexler

29

```
1   mid '80s, you registered it in the house that you lived in
2   at the time, correct?
3   A    Yes.
4   Q    And that was 16 Albert?
5   A    Yes.
6   Q    So that registration and that address was in the New
7   York State Department of Motor Vehicles of 16 Albert
8   existed since the '80s?
9   A    Yes.
10  Q    And certainly before Hurricane or Superstorm Sandy?
11  A    Yes.
12  Q    And the same thing.  When did you purchase your car?
13  A    The car?
14  Q    Yes.
15  A    Probably 2000, 2002, 2003, something like that.
16  Q    Once again you purchased that car, you registered it
17  prior to Superstorm Sandy?
18  A    Yes.
19  Q    You registered it to the home at 16 Albert?
20  A    Yes.
21  Q    Now you brought in some documents that -- the
22  Department of Motor Vehicles registration and the vessel
23  registration and these things that you admitted were
24  registered prior to Superstorm Sandy?
25  A    Yes.
```

D. Woznick - Recross/Wexler

30

1    Q    October 28th of 2012.

2    A    Yes.

3    Q    Now, did you bring any bills --

4    A    Yes, I have a bunch of bills, tax bills, utility

5    bills.  My wife has them in the briefcase.

6    Q    Let me back up.  So your testimony is that there is a

7    foot of water in the house?

8    A    Yes, sir.

9    Q    And saltwater?

10   A    Yes, sir.

11   Q    And when was the house built, approximately?

12   A    1929.

13   Q    Okay.  So you have, as you said seven feet of water

14   when the storm first occurred in your basement?

15   A    Yes, sir.

16   Q    And you are saying at no time did you ever move out

17   of the house?

18   A    No.

19          MR. WEXLER:  Okay.

20          THE WITNESS:  Well --

21          THE COURT:  You answered the question.  That's

22   fine.

23          THE WITNESS:  Okay.

24          THE COURT:  You may step down.

25          According to what we discussed before,

31

1    Mr. Wexler will put on his case.

2              MR. WEXLER:  Sure.  I guess the answer is yes.

3              At this time, your Honor, the plaintiff would

4    call Kevin Miller.

5    **K E V I N   M I L L E R**,

6          called as a witness, having been first

7          duly sworn, was examined and testified

8          as follows:

9              THE WITNESS:  May name is Kevin Miller,

10   M-i-l-l-e-r.

11             THE COURT:  Go ahead.

12             MR. WEXLER:  May I, Judge.

13             THE COURT:  Yes, please.

14   DIRECT EXAMINATION

15   BY MR. WEXLER:

16   Q    Mr. Miller, by whom are you employed?

17   A    Intercounty Judicial Services.

18   Q    What is Intercounty Judicial Services?

19   A    It's a business that performs process serving.

20   Q    And how long have you been employed?

21   A    Since May 1988.

22   Q    And since May of 1988, you've been employed as what?

23   A    A process server.

24   Q    Okay.  And was that continuous from 1988 until today?

25   A    Yes.

32

1    Q    And can you tell us in about a sentence or two what

2    you did or what you did all those years as a process

3    server for Intercounty Judicial Services?

4    A    I served various forms of process, summonses,

5    subpoenas, etcetera.

6    Q    Okay.  And can you tell us approximately how many

7    summonses or subpoenas you have served since 1988?  If you

8    need to break it down by year, month, whatever?

9    A    I average between 75 and 100 a week.

10   Q    Okay.  And how many weeks a year -- what is your

11   custom and habit of working?

12   A    I work every week.

13   Q    You must take some vacation.

14   A    No, I don't.

15        MR. WEXLER:  Okay.  A dedicated employee.

16   Q    So if my math is right, and correct me, that's about

17   5,000 services of process per year?

18   A    If that's the math.

19        MR. WEXLER:  Okay.  I'll let the Court take

20   judicial notice of 5,000 times 28 years.  I can't at this

21   juncture.

22   Q    Do you have a custom and habit that you employed when

23   you serve process?

24   A    Yes.

25   Q    Tell us about that?

33

1    A    When I got a document to serve, I go to the address

2    that is provided and when I get to the address I ask for

3    the defendant or respondent or whomever the process is

4    directed to and I ask for them.

5    Q    Okay.  Now, let me draw your attention to

6    December 8th, 2015 at 6:25 p.m.

7              MR. WEXLER:  Judge, I would like to have these

8    documents marked as Plaintiff's Exhibit 1 and two.

9              THE COURT:  Show them to counsel.

10             MR. WEXLER:  One is a copy of the affidavit of

11   service and two is a summons and complaint in this action.

12             THE COURT:  Okay.

13             Any objections?

14             MR. NICOLINI:  No, your Honor.

15             (Whereupon, Plaintiff Exhibit 1 and 2 received

16   in evidence.)

17             THE COURT:  Plaintiffs 1 and 2 in evidence.

18   Q    Mr. Miller, I will show you what is marked as 1 and

19   2.  First, tell us what Plaintiff's Exhibit 1 in evidence

20   is?

21   A    A copy of my affidavit of service.

22   Q    Okay.  And the affidavit of service is on what

23   matter?

24   A    The matter before the Court today.

25   Q    Okay.  And can you read the matter on the affidavit

34

1   of service, Plaintiff's Exhibit 1?

2   A    South Bay Sailing Center against Standard Fire

3   Insurance and David Woznick.

4   Q    And can you tell us what Plaintiff's Exhibit number 2

5   is in evidence?

6   A    A copy of the complaint that was served.

7   Q    Okay.  And let me just ask, if you look at

8   Plaintiff's Exhibit 1, is there an index number located on

9   the top right-hand corner of the document?

10  A    Yes, CV-15-6183.

11  Q    And if you will look at -- it may not be on your

12  copy.

13  A    Oh, yes, it is.

14       Look at Plaintiff's Exhibit 2 in evidence, the

15  summons and complaint, and see if there is an index

16  number?

17  A    Yes.

18  Q    What is the index number on the complaint?

19  A    CV-15-6183.

20  Q    What is the caption on the summons and complaint?

21  A    South Bay Sailing Center against Standard Fire

22  Insurance and David Woznick.

23  Q    Let me direct your attention to December 8, 2015, at

24  6:25 p.m.  did you have the occasion to be at 269 Crombie

25  Street, Huntington Station, New York?

Miller - Direct/Wexler

1   A    Yes.

2   Q    Why did you go to that location?

3   A    To serve a summons on David Woznick.

4   Q    And when you arrived at the location, 269 Crombie

5   Street, can you tell us what you did, sir?

6   A    I went to the address.  I went to the door.  I spoke

7   to a woman who identified herself as Mrs. Woznick.  I was

8   told that the defendant wasn't home.

9           THE COURT:  That the defendant was not at home.

10          THE WITNESS:  Yes, that he lived there and he

11  wasn't home and wasn't present at the time, and I had a

12  summons for the defendant David Woznick and I left the

13  summons with the woman, Mrs. Woznick.

14  Q    Let me just back up and, again, you further inquired

15  if he lived there, he, meaning David Woznick?

16  A    Yes.

17  Q    What was the response of Mrs. Woznick?

18  A    It was in the affirmative.

19  Q    And before that, did you ask Mrs. Woznick to identify

20  herself or did she identify herself to you when you

21  knocked on the door?

22  A    She said she was the defendant's mother.

23  Q    Did you know her prior to or met her, to your

24  knowledge, prior to December 8, 2015?

25  A    No.

36

1  Q    And when she acknowledged that she was the

2  defendant's mother and the defendant lived there, what did

3  she then say?

4           I think you said he was not at home?

5  A    Yes, I don't recall the exact conversation, but he

6  was not present at the time of service.

7  Q    And what did you then do?

8  A    I left the summons and complaint with the woman,

9  Mrs. Woznick.

10  Q    Okay.  And did you also inquire whether or not David

11  Woznick was a member of the United States Armed Forces or

12  in the military?

13  A    Yes, always.

14  Q    And what was Ms. Woznick's response?

15  A    No, he was not.

16  Q    I will ask you to look at the draft date of service.

17  At the top after it says the date, December 8, 2015, and

18  6:25 p.m. and the address and you have box number 3

19  checked off; is that correct?

20  A    Yes.

21  Q    And can you first read for us, it's only a sentence

22  and a half, and then I'll ask you why you checked that box

23  off?

24  A    Suitable age person by delivering thereat a true copy

25  of each to Mrs. Woznick a person of suitable age and

1    discretion and being said premises is subject dwelling

2    house, usual place of abode within the state.

3    Q    There's a check mark on that section that says

4    dwelling house and in parenthesis, (usual place of abode),

5    within the state.  That was checked off?

6    A    Yes.

7    Q    And why did you check that box off?

8    A    Because that's what I was led to believe.

9    Q    Okay.  And further down it says address confirmation,

10   number 5, the box checked off.

11           And can you tell us what was the purpose of

12   checking off that box?

13   A    That was the subsequent mail to complete service, a

14   mailing.  A copy of the summons and complaint was mailed

15   to the defendant at the address given, 269 Crombie Street,

16   Huntington Station, New York.

17   Q    Once again, box number 6 is checked off and would you

18   tell us why and what is checked off and what information

19   is contained in that box?

20   A    Yes, it's a description of the person served, a

21   Mrs. Woznick, a female, white, gray hair, 5 foot, 5'3",

22   approximately 70 years old, 151 to 200 pounds.

23   Q    Military service.  Once again, what is the purpose

24   that you checked that box off?

25   A    That was the establishment of nonmilitary service for

38

```
 1    the defendant.

 2    Q    And is that your signature on the lower right-hand

 3    side?

 4    A    Yes.

 5    Q    And there's a notary of Patricia.  You have to help

 6    me.

 7    A    R-o-t-h-f-r-i-t-z.

 8    Q    And who is Patricia Rothfritz?

 9    A    An employee of Intercounty Judicial Services.  She

10    worked at Intercounty an a notary.

11              MR. WEXLER:  No further questions.

12              Thank you.

13              THE COURT:  Mr. Nicolini.

14    CROSS-EXAMINATION

15    BY MR. NICOLINI:

16    Q    Mr. Miller, when did you get the assignment to

17    effectuate service of the summons and complaint?

18    A    Prior to December 8th.

19    Q    When was that?

20    A    I cannot give the exact date.  Within a week.

21    Usually -- no.  Within the week before.

22    Q    So you got an assignment and this was one of many.

23    This particular week, if it was an average week, 75 to

24    100, correct?

25    A    Yes.
```

39

1    Q    You wound up serving this at 269 Crombie Street.  How

2    did you come up with that address?

3    A    The address supplied to us by the attorney, William

4    Wexler.

5    Q    That would be Mr. Wexler who gave you this address?

6    A    Yes.

7    Q    Now, you have no personal knowledge as to when, if

8    ever, Mr. Woznick resided at this property?

9    A    Excuse me?

10   Q    You have no personal knowledge as to when, if ever,

11   Mr. Woznick resided at this property, do you?

12   A    Prior to going there?

13   Q    Well, even up until today.

14   A    I was told by Mrs. Woznick that he did.

15   Q    I will get to that.

16        Do you have personal knowledge other than this

17   alleged conversation with Mrs. Woznick?

18   A    No.

19   Q    Would you agree with me there are all databases for

20   which you could confirm the legal address?

21   A    Yes.

22   Q    DMV, Google, any number of sources could have

23   provided you with an address for Mr. Woznick?

24   A    Yes.

25   Q    Did you look at any sources to determine an address

40

1    for Mr. Woznick?

2    A    No, I did not.

3    Q    Now, you received the summons and complaint and you

4    proceeded to this address?

5    A    Yes.

6    Q    What have you brought here today other than the

7    affidavit of service?

8    A    Just the copy of the affidavit of service and in

9    work, what we do is upload it through a GPS system

10   confined to the New York City rules, and that is how I got

11   the information generated, uploaded to a third party who

12   maintain these records separately, in addition to the

13   information to our office.

14   Q    Let's talk about this.

15        The testimony you've given here today in this

16   hearing, what have you used to refresh your recollection

17   as to that conversation?

18   A    The affidavit of service.

19   Q    Okay.  And the affidavit of service is a preprinted

20   form; is that correct?

21   A    Absent the information that I put into it.

22   Q    Absent the information.  Just what you check off

23   where you believe it is applicable, correct?

24   A    I electronically input the data into the computer,

25   into the application that then sends it to a third party

Miller - Cross/Nicolini

1    and into the computer at Intercounty, yes.

2    Q    Paragraph 3 says suitable aged person.

3    A    Yes.

4    Q    Then it says by deliver thereat a true copy of each

5    to, and something has been typed in, Mrs. Woznick,

6    correct?

7    A    Yes.

8    Q    All the verbiage in paragraph 3, other than Mrs.

9    Woznick is a form that is in these affidavits of service,

10   correct?

11   A    Yes.

12   Q    So the only information you put into this form

13   concerning service upon Mr. Woznick, was that you served

14   Mrs. Woznick and you checked off with an X that this was

15   at the dwelling house?

16   A    Yes.

17   Q    So let's get to the service that you made.

18        How many people have you served with any type of

19   process between December 8th of 2015 and today?

20        It has to be, what, thousands?  Correct?

21   A    Yeah, sure.

22   Q    And when was the first time you thought about this

23   service after you had effectuated it?  A week ago, two

24   weeks ago?

25   A    Yeah, when we got notice that this was down for a

42

1    traverse hearing and I would be needed to testify about

2    service.

3    Q    And everything you've testified here is based upon

4    your personal recollection of this conversation that took

5    place nine months ago and with thousands of services

6    taking place in between this and that?

7    A    What I'm testifying to is the veracity of my

8    affidavit of service which was generated at the time of

9    service.

10   Q    But that verbiage that I said, you didn't put

11   anything in there other than checking off a box you spoke

12   to Ms. Woznick and then you checked you off this was David

13   Woznick's usual place of abode?

14   A    Yes.

15   Q    Can you honestly tell this Court that you recall the

16   words that were spoken between you and Mrs. Woznick, or

17   were you just assuming that those were the words that were

18   spoken because you checked off a box on your affidavit of

19   service?

20   A    I'm not assuming anything.

21   Q    Well, sir --

22   A    I cannot recall verbatim the conversation

23   word-for-word.

24   Q    Well, do you remember, describe for me the house

25   where you served Ms. Woznick?

43

1   A    It was a house.  Unremarkable.  I --

2   Q    Sir, with all due respect, do you want to sit there

3   and say you remember this service and this conversation

4   given the passage of time and the amount of service you

5   effectuated in between.  Can you say that?

6   A    No, I know I did the service.

7   Q    I'm not doubting you did the service.  Can you

8   honestly tell this Court that you remember as you sit here

9   now, this particular service and the conversation you had?

10  A    I remember being there.  But I cannot recall verbatim

11  the conversation.

12  Q    So let's talk about then you remember being there.

13       Was the conversation, did it happen outside the

14  home, inside the home, through a door?

15       How did it happen?

16  A    At the door.

17  Q    At the door.  Was the door opened or closed?

18  A    The door had to be open.

19  Q    When you say the door had to be open, that is what

20  you are assuming or is it based on your independent

21  recollection?

22  A    That is logic since I described the individual

23  Ms. Woznick.

24  Q    That's not logic.  I'm just talking now, and feel

25  free to tell us if you don't remember.

44

1      Are you professing to have a recollection as you

2  sit here now of the conversation that you had, or you are

3  just assuming you had a certain conversation based upon

4  what you checked off?

5  A    I'm not assuming anything.

6  Q    Let's talk about the conversation.  What did you say

7  to Mrs. Woznick and what did she say to you?

8  A    I cannot recall verbatim the conversation.

9  Q    So you had a conversation.

10      When you say you cannot recall verbatim, can you

11  remember anything about the conversation?

12  A    I know I told Mr. Woznick that I had a summons and

13  complaint for David Woznick.

14  Q    And do you remember saying that to her or you are

15  assuming you said that?

16  A    That's what I always say.

17  Q    Now, that's what you always say, but you don't

18  remember this specific instance, do you, sir?

19  A    Not verbatim, the conversation, no.

20  Q    I'm not asking you verbatim.  I'm asking you if you

21  remember saying that in this specific instance --

22  A    I had a conversation with the woman.

23      MR. WEXLER:  This is like well-tilled soil.

24      THE COURT:  Mr. Miller, please let the attorney

25  finish the question.

45

1    Q    So you had a conversation and you leave the service,

2    correct?

3    A    Yes.

4    Q    And did she take it from you.  Did you put it in the

5    mailbox?  Where did you leave the papers yourself?

6    A    She did not take the papers.  I left it there.

7    Q    And that's all through the service?

8    A    I've seen people rip them up in front of me.

9    Q    If in fact Mrs. Woznick had not responded or if Mrs.

10   Woznick told you that David did not live there, you would

11   have to do additional legwork to figure out where he lived

12   to effectuate service, fair enough, sir?

13   A    No, I don't do that.

14   Q    You would have had to come back and tell Mr. Wexler,

15   what, you couldn't effectuate service?

16   A    Well, yes.

17   Q    And who would do the legwork then to determine where

18   Mr. Woznick lived?

19   A    Usually the attorney would do it or we perform the

20   service.

21          We do offer that service, but I do not perform

22   that service personally.  But we do offer that service

23   through the office.

24          I get paid regardless whether I serve the papers

25   or not, so there is no benefit for me to make this up.

46

1          MR. NICOLINI:  I have no further questions.

2          THE COURT:  Mr. Wexler.

3   REDIRECT-EXAMINATION

4   BY MR. WEXLER:

5   Q    You were asked why you went to 269 Crombie,

6   Mr. Miller?

7   A    Yes.

8   Q    Were you told by my office by me, that the 16 Albert

9   was vacant?  Do you remember having that conversation?

10          MR. NICOLINI:  Objection, leading.

11          THE COURT:  Sustained.  Why don't you rephrase

12   the question.

13   Q    Do you remember having a conversation with my office,

14   I think it was me, about why 269 Albert -- Crombie and not

15   any other address?

16          269 Crombie and not 16 Albert?

17   A    That was the address provided by your office.

18   Q    Now, you were asked questions by Mr. Nicolini.  What

19   would have happened if Mrs. Woznick said, no, he does not

20   live here.  I don't know David or he does not live here.

21          What would you have done?

22   A    I would return the papers to the office as a

23   nonservice.

24   Q    And you get paid the same, one way or the other?

25   A    Yes.

Miller - Redirect/Wexler

47

1    Q    Now, you were asked a bunch of questions by

2    Mr. Nicolini about your independent recollection.  Your

3    recollection is based on the affidavit of service?

4    A    Yes.

5    Q    And by the way, you also showed us another document.

6    You called a GPS?

7    A    Yes.

8                MR. WEXLER:  May I approach?

9                THE COURT:  That is not in evidence.

10               MR. WEXLER:  No, but it will be.

11               Judge, may we have this document marked.  Why

12   don't we do it as 1-A.

13               THE COURT:  Show it to Mr. Nicolini, or does he

14   already have a copy.

15               MR. NICOLINI:  I'm not disputing he was there.

16   That's fine.  I have no objection.

17               THE COURT:  You call it 1-A.

18               MR. WEXLER:  Yes.

19               THE COURT:  1-A in evidence.  Admitted.

20               (Whereupon, Plaintiff Exhibit 1-A was received

21   in evidence.)

22   Q    And I think you testified, Mr. Miller, what 1-A is.

23   But in a sentence or two, what is 1-A?

24   A    That is a GPS printout.

25   Q    What information is contained on that GPS printout?

48

1   A    The date and time that I was at a specific location.

2   Q    And there are also a series of longitude, latitude

3   degrees, minutes, seconds?

4   A    I suppose that is what that is.  I can't -- you know,

5   a third party generates this.

6   Q    Fair enough.

7        The affidavit of service, Plaintiff's Exhibit 1,

8   when in relationship to the service that you made on

9   December 8, 2015, did you complete this document?

10  A    This was done contemporaneously with service.

11  Moments after service was effectuated I uploaded the

12  information through the app.

13  Q    Am I going to guess correctly you went back to your

14  car and uploaded it there?

15  A    You have a smart phone.  You take a picture, and then

16  you type in the work order number and then you type in all

17  the pertinent information.

18       THE COURT:  The affidavit of service.

19       THE WITNESS:  No, it establishes where I am with

20  the phone through global positioning.

21       THE COURT:  Got it.

22       THE WITNESS:  So at that time I'm there pressing

23  a button and, you know.

24       MR. WEXLER:  Fair enough.  One or two more

25  questions which they escape me at the moment.

**49**

1  Q    Can you give us a time frame whether it is in

2  seconds, minutes, something other, after leaving the

3  process of service with Mrs. Woznick, you testified that

4  she wouldn't accept it.

5        How much time thereafter did you input the

6  information that is in the affidavit of service?

7  A    Within a minute.

8        MR. WEXLER:  Thank you.  No further questions.

9        THE COURT:  Anything further?

10        MR. NICOLINI:  No, your Honor.

11        THE COURT:  Thank you, Mr. Miller.  You may step

12  down.

13        Mr. Wexler, do you have other witnesses.

14        MR. WEXLER:  Yes, I do.

15        At this time plaintiff will call Mr. James

16  Koehler.

17        THE CLERK:  Raise your right hand, please.

18  J A M E S   K O E H L E R,

19        called as a witness, having been first

20        duly sworn, was examined and testified

21        as follows:

22        THE WITNESS:  James Koehler.  J-a-m-e-s

23  k-o-e-h-l-e-r.

24

25

50

1  DIRECT EXAMINATION

2  BY MR. WEXLER:

3  Q    Mr. Koehler, tell us by whom you are employed?

4  A    I'm self-employed.  I own the South Bay Sailing

5  Center and Marine shop.  334 South Bayview Avenue, in

6  Amityville.

7  Q    And what is the South Bay Sailing Center, Inc.?

8  A    The South Bay Sailing Center, Inc., is a corporation

9  that owns the property at 334 South Bayview, and at that

10  site there are tenants that occupy that site, the dingy

11  shop which is our store which is one of the occupants at

12  that site, and there are others.

13  Q    And what sorts of things go on at the dingy shop?

14  A    Wonderful things go on in the dingy shop.

15  Q    In addition to the wonderful things -- describe the

16  wonderful things.

17  A    We have a store and we sell sailboats, kayaks, paddle

18  boards, related items, and we service those items and

19  attend to our customers' needs.

20          We attend to youth sailing in a large way,

21  performance and recreational sailing.

22          From this location it's a springboard for water

23  sports enthusiasts to go out and enjoy the bay or the

24  world.

25  Q    All right.  How long have you been associated with

51

1    the dingy shop?

2    A    The dingy shop was incorporated originally in 1992.

3    Q    And when did you first start doing business out of

4    334 South Bayview Avenue?

5    A    19 years ago.

6    Q    Okay.  And can you describe the location vis-a-vis

7    the proximity to the water of the dingy shop?

8    A    Technically we're at 334 South Bayview Avenue

9    20 years as of Labor Day weekend.  So actually 20 years

10   there.

11   Q    Okay.  And how close is the water to you?

12   A    The water is there.  The Great South Bay is a short

13   tack or paddle out in the woods from Ketcham's Creek.

14   Q    Are you located on Ketcham's Creek?

15   A    Ketcham's Creek or Woods Creek it's also known, and

16   behind us is the South Bayview Canal.

17   Q    And Ketchem is K-e-t-c-h-e-m?

18   A    No, a-m.

19   Q    Like the famous boat site?

20   A    Yes.

21   Q    I'll show you a document and I ask that this marked

22   as Plaintiff's Exhibit 3.

23            THE COURT:  Show it to counsel.

24            MR. NICOLINI:  I have it.

25            THE COURT:  Any objection?

52

1      MR. WEXLER:  No objection.

2      THE COURT:  Plaintiff's Exhibit 3 in evidence.

3      (Whereupon, Plaintiff Exhibit 3 was received in

4  evidence.)

5      MR. WEXLER:  I'll give a copy to the Court,

6  please.

7  Q    I'm showing you what has been received in evidence as

8  Plaintiff's Exhibit 3.  Can you describe very briefly what

9  this is a picture of?

10 A    This is a map of the neighborhood.

11 Q    Okay.  And there is, I think they call it, a pin at

12 334 South Bayview Avenue?

13 A    Yes.

14 Q    Now, that is where the South Shore Sailing Center and

15 the dingy shop are located?

16 A    Yes.

17 Q    Okay.  Now, I want you to tell us the body of water,

18 the creek that it's on, is that Ketcham's Creek?

19 A    Yes.

20 Q    If you will go up several roads or canals from 334

21 South Bayview, in fact if you will count north eight

22 canals, is that Albert Road?

23 A    Yes.

24 Q    Over the last 20 years, specifically, since

25 October 28th of 2015, have you had the occasion to go up

53

1   and down Ketcham's Creek?

2   A    Yes.

3   Q    And were you swimming, were you boating, kayaking,

4   sailing?

5   A    I have swum in the creek.  I typically kayak or

6   occasionally have paddle boarded or sailed all the way up

7   to Amity Harbor Marina which is the headwaters.  It's a

8   beautiful creek.

9   Q    Since October 28, 2015, Superstorm Sandy, have you

10  had occasion to go up and down that Ketcham's Creek as far

11  as Albert Road?  Have you had occasion to do that?

12  A    Yes.

13  Q    On how many occasions?

14  A    Could be 100.  I mean there's many nights I'll not go

15  out.  I don't want to go out on the bay because it is

16  dangerous so I'll put a kayak in the water and I'll paddle

17  up the creek and I'll shoot through the canals to get some

18  exercise and I enjoy water.  I work on the water so I try

19  to get out as much as possible.

20  Q    And you also do a fair amount of sailing?

21  A    Yes.

22  Q    You placed in the World's Sunfish Tournament?

23  A    Yes.

24  Q    In addition to working at the dingy shop for 20 years

25  and being its proprietor, how long have you lived in

1   Amityville?

2   A     I was born at Brunswick Hospital.  Amityville was

3   always a place we came to.  When my mom and dad were

4   getting married they bought a house in Massapequa.  I

5   learned to swim at the village beach.

6   Q     Are you familiar with the Amity Harbor area which is

7   depicted in Plaintiff's Exhibit 3?

8   A     Very well.  I have several good friends that live

9   down there and I have an uncle who used to live at the end

10  of the western concourse, and I caught my first fish at

11  the Amity Harbor canal.

12  Q     Now, let's talk about Albert Road.  Are you familiar

13  with Albert Road?

14  A     Not intimately, but I've been up and down the blocks

15  there.

16  Q     And I'm going to ask you, draw your attention to

17  October 28, 2012, and was the dingy shop and the South

18  Shore Sailing Center effected by what we call Superstorm

19  Sandy?

20  A     Grandly.

21         MR. WEXLER:  Judge, may we have this photograph

22  marked as Plaintiff's Exhibit 4?

23         THE COURT:  Yes.  Any objections?

24         MR. NICOLINI:  Just on relevance, your Honor.  I

25  don't understand the relevance of the South Bay Sailing

55

1    Center damage.

2            THE COURT:  We'll mark it.

3            MR. WEXLER:  If I may, I'm just going to offer

4    it in evidence.

5            (Whereupon, Plaintiff Exhibit 4 was received in

6    evidence.)

7    Q    Mr. Koehler, I'll show you what has been received in

8    evidence as Plaintiff's Exhibit 4, and I'll ask you if you

9    recognize that and if you can tell us what that is.  You

10   hold it.

11           Thank you.

12   A    It's the eastern facing boundary of our property, the

13   area in front of the blue door in the center of the

14   photograph is a paved driveway, and to the right of the

15   photograph is a Sandy beach.

16           THE COURT:  This is right after the storm?

17           THE WITNESS:  Immediately after the storm, the

18   next morning.

19           THE COURT:  Okay.

20   Q    Now, I'll ask you to take a look.  There's a blue

21   object, a blue structure right in the center of the

22   picture.  Yes?

23   A    Yes.

24   Q    And if you will take a close look and maybe I'll also

25   show it to Mr. Nicolini and the Court because you need to

56

1    be a little closer to it.  There are two variants of blue

2    on that structure.  Can you point out where I'm talking

3    about?

4    A    There's a darker blue line below and a lighter

5    oxidized blue line above it.

6              THE COURT:  Why don't you show it to

7    Mr. Nicolini as well.

8              MR. WEXLER:  Would you point it out.

9              MR. NICOLINI:  That's the waterline.  Whatever.

10   I know there has been a lot of damage.  I live in

11   Massepequa.

12             MR. WEXLER:  It's not the damage, just --

13   there's a particular reason.

14             If I can offer this picture up to the Court

15   because you couldn't see it from back there.

16             THE COURT:  I'll look at it.  Thank you.

17   Q    Would you explain to the Court what the light blue,

18   as you call it, the oxidized blue and the dark blue?

19   A    The water was deep.  We were flooding, and the area,

20   the darker blue line is where the oil-base painted steel

21   doors were polished by the water and the debris in the

22   water.

23   Q    Did you have any occasion to measure how high the

24   water was at least for that park?

25   A    At that point it's about a head height.

57

```
1    Q    My head would be different from your head.

2    A    Six-foot?

3    Q    Okay.  Now, I'll ask you to describe the area, what

4    it looked like around Albert Road?

5    A    I went out that time several times.  There's a dear

6    friend of ours, Jimmy Rancor who lives on Hayes further

7    down.  Jim was the only person who I was able to go down

8    and volunteer and help.

9              On the way down there I would drive down and it

10   is kind of an awkward thing.  You are in a natural

11   disaster area, but there was something about just seeing

12   our neighbors and the homes and hoping that some were okay

13   and hoping some were okay --

14   Q    Did you have occasion to notice on those streets as

15   far up north as Merrick Road, how high the water was?

16   A    You could tell all the houses as far as I know, all

17   the houses were flooded.

18   Q    Now, let me ask you, you have that photograph in your

19   hand, you will see there is oddly enough there is a

20   27-foot boat sitting on it's stomach on your property.

21             Do you know whose boat it is?

22   A    That's how David and I got to know each other and

23   we'll continue to know each other as neighbors.

24   Q    Did there come a time that Mr. Woznick, I think I'm

25   pronouncing your name correctly.
```

Koehler - Direct/Wexler

58

```
 1              MR. WEXLER:  How do you pronounce your name?

 2              MR. WOZNICK:  Woznick.

 3              MR. WEXLER:  Thank you.

 4    Q    Did there come a time that you had a conversation or

 5    conversations with Mr. Woznick?

 6    A    Yes.

 7    Q    How many times did you have, Mr. Koehler?

 8    A    At least two, perhaps three.

 9    Q    Can you tell us about those conversations.  Were they

10    particularly long conversations?

11    A    Neither of us are overspoken.

12    Q    Tell us about the first one that you recall?

13    A    The first conversation I had, after -- probably it

14    took us about two weeks to be able to sort out that,

15    because we looked and you couldn't find the registration

16    numbers on the boat because the boat has a reflex sheer,

17    so the top of the boat comes in like that, and since it's

18    on its edge you couldn't read any numbers.

19              When we finally could, because we were busy

20    trying to secure our building, every perimeter wall in our

21    shop was gone.  Although I had this cabin cruiser on my

22    property, it was more important for us to be able to

23    secure our property from looting.  But as time went by I

24    got a ladder, jumped on it, wrote the registration numbers

25    down, and since I'm in the Village of Amityville, called
```

**59**

```
 1   the Amity village police, I think it was Officer Smith, he

 2   came down and took a report, and a few days later Dave

 3   came over.

 4   Q    When Mr. Woznick came over, did you have a discuss

 5   with him?

 6   A    We said hello.  David said it was his boat.  He said

 7   that it was -- we knew it had been on the property, mom's

 8   property --

 9              MR. WEXLER:  Just listen to me.  Stay with me.

10              THE WITNESS:  I'll stay with you.

11   A    -- So David came by.  He confirmed that it was his

12   boat.  He said it was insured.

13   Q    Okay.

14   A    He said that prior to the storm he had been taking

15   items from the house up to Huntington, that he didn't do

16   anything with the boat prior to Sandy because it was fine

17   during Irene and so I didn't do anything.

18   Q    And did you know what he meant when he said he was

19   taking -- I'm sorry, I didn't catch it.  So I'll let you

20   --

21   A    He was taking things from the house up to Huntington

22   because people were coming from the Great South Bay and

23   looting houses along the shore.

24   Q    So in fact he testified that was one of your concerns

25   was about looting?
```

60

1  A    That was all of our concerns.  We were trying to save

2  ourselves.

3        David said the boat was insured and that he

4  asked me if we found the upholstery because it has been

5  recently upholstered.  At that point I said we both have a

6  lot to resolve.

7        MR. WEXLER:  Thank you.

8        THE WITNESS:  And I didn't comment on the

9  upholsteries, but we had found the upholstery which was

10  separated from the body.

11        THE COURT:  Mr. Nicolini.

12        MR. NICOLINI:  Mr. Koehler, how are you.

13  CROSS-EXAMINATION

14  BY MR. NICOLINI:

15  Q    There is no doubt there was flooding throughout this

16  area, including the boat and the surrounding area?

17  A    Yes.

18  Q    16 Albert Road where Mr. Woznick resided, have you

19  ever been to that location?

20  A    Not to 16.  I never visited David.  I'm getting to

21  know the family well because he has a great brother and a

22  great nephew.

23  Q    But the house itself, you don't know his house as

24  opposed to any other house.  You don't know that house

25  among others?

**61**

1   A    I don't know that area intimately.  I've been up and

2   down.

3   Q    You take a kayak and you do a lot of things in the

4   area and you noticed a lot of damage to the area, correct?

5   A    Yes.

6   Q    You don't know which houses people continue to live

7   in and which houses were vacant at the time; is that

8   right, sir?

9   A    I can't see if there are people -- there are still

10  people who are gone from their houses.

11  Q    I know that too well.

12  A    I haven't knocked on every house to see whether they

13  are occupied or not.

14  Q    With David, you don't have any knowledge whether he

15  resided after 16 Albert one way or the other, do you?

16  A    One way or the other, I couldn't say whether David

17  moved or not.  I do know that the houses in our area were

18  not habitable.  They were in bad shape.  People sought

19  refuge elsewhere.

20  Q    And some people stayed, correct?

21  A    I don't know of anyone who really stayed until they

22  got their places back in order.

23          I live on Avon Place and we had no electricity,

24  and just to go to our house after being wet all day was

25  like living in a cave.  It was rough.

62

1   Q    You heard David testify under oath today?

2   A    Yes.

3   Q    And you heard what he did and the steps he did that

4   he and Dorothy continued to reside there.  Are you saying

5   that he lied about that?

6            MR. WEXLER:  Objection.

7            THE COURT:  Sustained.

8            Slow down, and ask a question.

9   Q    Do you have any knowledge to refute David's testimony

10  that he and Dorothy continued to reside in the property

11  despite the fact that the basement of the property had

12  been flooded?

13           MR. WEXLER:  Judge, I don't think it is proper

14  to have a witness characterize another witness' testimony.

15           THE COURT:  That wasn't the question.

16  Q    Did you have any knowledge to contradict what David

17  testified under oath that he and Dorothy continued to

18  reside --

19  A    I have no knowledge to contradict David.

20  Q    The police responded to the scene, correct?

21           Did they respond at some point?

22  A    Yes.

23  Q    Okay.  And the police officer, I think it was

24  responding Officer Miller?

25  A    Okay.

```
1    Q    Had you seen the police report?

2    A    Yes.

3    Q    Are you familiar with the address contained in the

4    police report as it pertains to David Woznick?

5    A    The purpose of the police report was to have a record

6    that I have a boat on my property and to find out whose it

7    was to be removed.

8    Q    Are you familiar with the address contained therein?

9    A    No.

10   Q    The address of 7 -- 269 Crombie Street, Huntington

11   Station, did you ever provide that to Mr. Wexler?

12   A    No.

13             MR. NICOLINI:  I have no further questions.

14   Thank you, sir.

15             THE COURT:  Mr. Wexler.

16             MR. WEXLER:  Nothing, your Honor.

17             THE COURT:  You may step down.  Thank you.

18             (Witness excused.)

19             THE COURT:  Any other witnesses?

20             MR. WEXLER:  No, your Honor.

21             THE COURT:  Mr. Nicolini, how do you want to

22   handle this?

23             MR. NICOLINI:  Your Honor, I would like to call

24   Mary Jane Woznick.  David's mom.

25             THE COURT:  Sure.
```

64

1          Do you want five minutes, or no?

2          MR. NICOLINI:  I'm okay, Judge.  I can get her,

3    bring her in.

4          THE CLERK:  Please raise your right hand.

5    **M A R Y   J A N E   W O Z N I C K,**

6          called as a witness, having been first

7          duly sworn, was examined and testified

8          as follows:

9          THE CLERK:  Please state your name and spell it

10   fully for the record.

11         THE WITNESS:  My name is Mary Jane Woznick.  The

12   spelling of the last name is W-o-z-n-i-c-k.

13         THE COURT:  Mr. Nicolini.

14   DIRECT EXAMINATION

15   BY MR. NICOLINI:

16   Q    Mrs. Woznick, 269 Crombie Street in Huntington

17   Station, do you own that property?

18   A    Yes.

19   Q    Did you own it originally with your husband?

20   A    Yes.

21   Q    Had your husband passed away?

22   A    Yes.

23   Q    When did he pass away?

24   A    I'm sorry?

25   Q    When did he pass away?

65

1    A    March 21, 2015.

2    Q    Okay.  So back in January of 2015, did you reside at

3    the Crombie Street address with your husband?

4    A    Yes.

5    Q    Did anyone else live at your property besides you and

6    your husband at that point?

7    A    In 2015?

8    Q    I'm sorry, I made a mistake.  Your husband passed in

9    March of 2015.

10   A    Right.

11   Q    So in December of 2015, were you living in the

12   property by yourself or with anyone else?

13   A    In December I was living there alone.

14   Q    Okay.  Let's talk about your son David.  Did he grow

15   up in the home?

16   A    David didn't live in my house.

17        THE WITNESS:  I'm sorry, but I can't hear

18   everything you are saying.

19        THE COURT:  You can also use the microphone.

20        MR. NICOLINI:  Judge, you're right.  That would

21   help.

22   Q    Ms. Woznick, is this better?

23   A    Yes.

24   Q    Great.  Did David grow up in the home?

25   A    Yes.

66

1  Q    And he lived there until approximately when, what

2  year?

3  A    1986, my youngest daughter was going to be getting

4  married and we were making an apartment for her on the

5  second floor.  So we were taking over two bedrooms, and

6  the kids went to the house in Amity Harbor, 5 Kay Road,

7  and they stayed there with the idea that they were going

8  to move back, but they never did.

9  Q    Okay.  Now, so David moved to 5 Kay Road?

10 A    Yes.

11 Q    And where did he live after 5 Kay Road, if anywhere

12 else?

13 A    He was getting married and they were living, I

14 believe, it was Dottie's dad in his house in Levittown.

15 Then they bought the house on Albert Road.

16 Q    Is that 16 Albert Road?

17 A    Yes.

18 Q    And Dorothy is David's wife?

19 A    Yes.

20 Q    When did David and Dorothy purchase the 16 Albert

21 home?  When was that approximately?

22 A    I don't recall the exact time, but they got married

23 in the '90s and maybe about a year or so after.  I went to

24 visit a friend of mine that used to live on that street

25 and I'm passing that house, I saw a for sale sign in the

67

1    window and I stopped the car and I asked them if they were

2    interested in a buyer because I knew my son would like to

3    be there.

4    Q    And then your son and Dorothy bought the house?

5    A    They went there and bought the house from that man.

6    Q    Mrs. Woznick, from the time David moved out of 269

7    Crombie in about '86 up until today, has he ever moved

8    back in?

9    A    Never, no.

10   Q    Let's talk about Hurricane Sandy.  You recall that

11   event?

12   A    Yes.

13   Q    That would be around Halloween of 2012?

14   A    Yes, it was.  I don't remember the exact day, but it

15   was October, I think it was October 20-something, maybe

16   the 20th, somewhere around then of 2012.

17   Q    To your knowledge, did David and Dorothy's house at

18   16 Albert Road sustain damage?

19   A    Yes, it did.

20   Q    Did they move out of that home, to your knowledge, at

21   all after Sandy?

22   A    No, no.  When they had to evacuate, he had brought,

23   as did many people from the Harbor, brought their cars on

24   the other side of Merrick Road to the parking lot of a big

25   store that was there, and it since changed hands.  It

68

1    became a hardware, or something.

2           They spent the night literally in their car.

3    Q    What about thereafter?  Did they move out of their

4    home or they stayed there?  Never moved out?  They went

5    back to the house?  As a matter of fact, the night that

6    the storm was hitting, he was down the basement, because

7    they have a basement, they are close to Merrick Road, and

8    he was down there trying to secure the windows?

9           MR. WEXLER:  Your Honor, I'm going to object

10   unless this witness has personal knowledge of any of this.

11          THE COURT:  How did you find out about this.

12          THE WITNESS:  Because they told me about it

13   because he came so close to losing his life down there

14   because the wave came while he was down in the basement

15   and it broke through the window and he had to make it up

16   the stairs before the flood filled up the basement.

17          THE COURT:  He told you that that happened.  How

18   soon after it happened did he tell you about it?

19          THE WITNESS:  Pardon?

20          THE COURT:  How soon after.

21          THE WITNESS:  Dottie was very upset about it.

22          The very next day.

23          THE COURT:  Okay.

24          THE WITNESS:  Because I was in touch with all my

25   children then.

69

1    Q    Mrs. Woznick, did David and Dorothy ever move back in

2    with you following Sandy?

3    A    No, because 5 Kay Road is a house that I owned and my

4    daughter Claudia was living there with her husband Michael

5    Covell and their two cats.  And they had to be moved out

6    of there because that's right on the bay.

7    Q    So did they move in with you?

8    A    And they came to my house.

9    Q    Did David and Dorothy move in with you after Sandy or

10   stayed on Albert Road?

11   A    Stayed on Albert Road.  Nowhere else.

12   Q    Do you recall a man coming to your home at some point

13   and leaving papers for David?

14   A    Yes.

15   Q    So let's talk about that.  A man came to the home.

16        Tell me, did you have a conversation with him?

17   A    Yes, at the door.

18   Q    And was that -- was this a glass door, an open door,

19   or something else?

20   A    Yes.  I have a storm door and the inside door.  And

21   this happened after my husband had passed, and everybody

22   reprimanded me, do not open the door, you are by yourself.

23   Anybody can overtake you easily.  So, the door was always

24   locked.

25   Q    This was a glass door?

70

1    A    The storm door was locked.

2    Q    Let's talk about the conversation that you had with

3    that gentleman.  Do you recall that conversation?

4    A    Yes.

5    Q    Tell me what he said to you and what you said to him?

6    A    Word-for-word, I cannot.  Verbatim I can't.

7    Basically he was telling me he had papers for David

8    Woznick.

9         I said David doesn't live here, and he said but

10   I have to give him these papers.

11        I said, well, he doesn't live here.  He lived in

12   Amityville.  For the love of money I couldn't remember the

13   name of the street at that particular time.  I was upset,

14   I guess, I don't know.

15        I just said, if you are looking for him and you

16   have papers for him, you should have his address.  Don't

17   you have his address?

18        He said, I have this address.

19        I said, he doesn't live here.  He hasn't lived

20   here in years.  I said you have to go to the Amityville

21   address.  I said if you look it up you will find the

22   address.  It's one block south of Merrick Road, but I

23   don't remember the name of the road.

24   Q    What happened after that?

25   A    Well, he said that I should open the door for him so

1    that he could hand me the papers.  And I said no, I'm not

2    opening the door for anybody.  I don't know you.  You can

3    tell me you are anybody.

4            Well, I have a car here.

5            I said, I can't read the card through here.  I'm

6    sorry, I'm not opening the door.

7            He said, I'll leave them here and he put them in

8    front of the doorway and he turned around, walked down a

9    couple steps and he said you will have to pick them up

10   yourself.

11           I said, I'm not opening the door, I'm sorry.  I

12   closed the door and he left.

13           It was daylight and my mail comes between four

14   and 4:30.  After I heard the mailman, I went out there to

15   take the mail that is right next to the door.  I opened

16   the door and I just have to reach in and I saw the papers

17   on the floor there.  I looked around, I didn't see anybody

18   out there.  I picked up the paper and I brought it in the

19   house.  I read what was written on there and I called up

20   my daughter-in-law and I told her that the man left this

21   paper here and it's a legal document.  I said the only

22   thing I can do is I can mail it to you.  So that's what I

23   did.

24           MR. NICOLINI:  Okay.  I have no further

25   questions.

72

```
1            THE COURT:  I have a question, quickly.  When

2   you said there was a conversation with the process server,

3   your inside door was open and you can see him through the

4   glass.

5            THE WITNESS:  Yes.

6            THE COURT:  And the door remained locked.

7            THE WITNESS:  Yes.

8            THE COURT:  Mr. Wexler.

9   CROSS-EXAMINATION

10  BY MR. WEXLER:

11  Q    Good afternoon, Mrs. Woznick.

12            Do you remember being served with legal papers

13  by the process server?

14  A    What he left on the doorstep.

15  Q    You remember a gentleman there in December of 2015

16  knocking on the door, whoever it was?

17  A    I don't remember the date.

18  Q    It doesn't matter.  Do you remember a gentleman who

19  did you not know knocking on the door?

20  A    (No response.)

21            THE COURT:  You have to respond.

22            THE WITNESS:  He rang the doorbell, yes.

23  Q    And you had a conversation with him, yes?

24  A    Yes.

25  Q    And your son's name was mentioned, David Woznick.
```

73

1    That is your son?

2    A    He wanted to give these papers to David.

3    Q    Okay.  Now, how often do you speak to your son or

4    were you speaking to your son in December of last year.

5    How often?

6    A    I would say probably, the kids pretty much call me at

7    least once a week to make sure I'm okay.

8    Q    And is it fair to say that David Woznick, your son,

9    has called you at least once a week since December up

10   until this week?

11   A    Yeah.

12   Q    So when you got these papers, however you got them, I

13   think you said you went out and picked them up when the

14   mailman came or after he came, did you pick up the phone

15   and say David, just did you do it --

16   A    I called his house.

17   Q    I'm not finished.  Okay.

18        And did you speak to him?

19   A    No, I spoke to his wife, Dottie.

20   Q    And you spoke to his wife?

21   A    Right.

22   Q    But wasn't his phone disconnected?

23   A    I used the cell phone.  He has a cell phone and she

24   has one.

25   Q    But the home phone was disconnected?

74

1   A    I don't know.  Usually I call him on a cell phone.

2   Q    So your testimony is that you called his wife Dottie?

3   A    I spoke to Dottie because she was home and answered

4   the phone.

5   Q    Okay.  And you said I have these legal papers.  I

6   don't know what they are about.  But you said something to

7   the effect that I want David to have them?

8   A    Right.

9   Q    And you are saying that you sent them to him?

10  A    Yes, I sent them to her in the mail.

11  Q    Well, the next week, if your son spoke to you roughly

12  weekly, did you say, oh, did you get those papers or what

13  was that all about?

14        Did you have a discussion, however brief, about

15  the papers you claimed to send to him?  I'm asking if you

16  had a discussion?

17  A    We had very little discussion because when I spoke to

18  Dottie --

19  Q    I'm asking --

20  A    Let me explain why.

21        MR. WEXLER:  -- Let me ask the questions and

22  trust me you'll have a chance to explain.

23        Let me get through these questions.  And ma'am,

24  if you can't answer them, just say I can't answer them.

25        THE WITNESS:  Okay.

Mary Jane Woznick - Cross/Wexler

75

1    Q    Did you have a discussion within the next week, just

2    yes or no, with your son?

3    A    With my son, I would say I don't recall talking about

4    it with him.

5    Q    Okay.  The following week?

6    A    I don't.

7    Q    The following week after that?

8    A    No.

9    Q    All right.  You told his wife, is what you are

10   testifying?

11   A    I told her and I mailed the papers to them.

12   Q    Well, the next week or whenever the next time you

13   spoke to your daughter-in-law, did you say, oh, did you

14   get those papers?  What is it about?

15   A    Don't worry about it, mom, we have the insurance

16   company.  We'll give it to the insurance company.

17   Q    So they acknowledged the receipt?

18   A    They got them.  They are giving them to the insurance

19   company.

20   Q    Now, let me ask you, you testified that you've been

21   to 16 Albert Road?

22   A    I'm sorry.

23   Q    You have been to 16 Albert Road?

24   A    Yes.

25   Q    And 16 Albert Road is on the water, in Amityville, in

76

1   Amity Harbor?

2   A    It's on a canal.

3   Q    Well, that's on the water, isn't it?

4   A    Yes.

5   Q    And how much after Superstorm Sandy did you get to

6   see the house?  A week, a month, a year, never, or

7   something in between?

8   A    My daughter who was living at 5 Kay Road, Amity

9   Harbor, came to live with me the night that Sandy hit.

10  Q    Ma'am --

11  A    I'm answering you.

12  Q    No, you are not.

13  A    And we all went there when the storm was over.

14          MR. WEXLER:  All right.  Go ahead.  I'm sorry.

15          THE WITNESS:  I don't know the date that the

16  storm was over.  You are asking me for a date.  I can't

17  give it to you.

18          When they said that the storm was over, we can

19  go back in there, three days, four days, whenever it was,

20  we went back there.

21  Q    That's all I asked.  How long after the storm?

22  A    I can't give you an exact date.

23  Q    I'm not asking you for that.  Three days, five days,

24  a month, a year, a decade?

25  A    Within the week we went back.

77

1  Q    Okay.  And when you went back, what did you observe?

2  A    We went back to 5 Kay Road because that was the house

3  that I owned and that house was right on the bay.

4  Q    What about 16 Albert Road.  Did you go back there?

5  A    We stopped at the house, 16 Albert Road, on our way

6  out of the harbor, but not for any length of time.  We did

7  not go in the house because they weren't in the house that

8  day when we went there.

9  Q    In fact there was a mandatory evacuation of that

10  whole area in Amity Harbor --

11  A    But --

12       MR. WEXLER:  Hang on, ma'am.

13  Q    Didn't you testify on direct for Mr. Nicolini, those

14  were your words, there was a mandatory evacuation?

15  A    Everybody had to get out.

16  Q    You were telling us how a wave crashed through the

17  window of David's house and he almost lost his life?

18  A    Right.

19  Q    That was the destructive nature of Superstorm Sandy

20  in the Amity Harbor area?

21  A    Right.

22  Q    Especially those homes right on the water?

23  A    Yes.

24  Q    They crashed through walls, windows, almost killed

25  people?

78

1    A    Right.

2    Q    Did --

3              MR. WEXLER:  No further questions.  Thank you,

4    Judge.

5              THE COURT:  Mr. Nicolini.

6              MR. NICOLINI:  Nothing further, your Honor.

7              THE COURT:  You may step from the bench.

8              THE WITNESS:  Thank you.

9              (Witness excused).

10             MR. NICOLINI:  I have one last witness.  Dorothy

11   Woznick.

12             THE CLERK:  I'll just ask you to raise your

13   right hand.

14   **D O R O T H Y   W O Z N I C K**,

15        called as a witness, having been first

16        duly sworn, was examined and testified

17        as follows:

18             THE CLERK:  Please state your name for the

19   record.

20             THE WITNESS:  Dorothy Ann Woznick.

21             Do you want me to spell it?  D-o-r-o-t-h-y.

22   A-n-n.  W-o-z-n-i-c-k.

23             THE COURT:  Please have a seat.

24             THE WITNESS:  Thank you.

25

**Dorothy Ann Woznick - Direct/Nicolini**

79

1   DIRECT EXAMINATION

2   BY MR. NICOLINI:

3   Q    Mrs. Woznick, are you married to David Woznick?

4   A    Yes, I am.

5   Q    Were you married in 1994?

6   A    1993.

7   Q    Okay.  Now, did you currently own 16 Albert Road in

8   Amity Harbor?

9   A    Yes.

10  Q    Is that a single family home?

11  A    Yes.

12  Q    Do you own it jointly with David?

13  A    Yes.

14  Q    How long have you owned it for?

15  A    September 20th will be 22 years.

16  Q    Okay.  Now, has David continually resided with you at

17  that property from the time it was purchased up until the

18  present time?

19  A    Oh, yes.

20  Q    To your knowledge, 269 Crombie Street is that where

21  David grew up and his mother still lives?

22  A    Yes.

23  Q    Has David ever moved back into that property from

24  1993 up to the present?

25  A    No.

Dorothy Ann Woznick - Direct/Nicolini

80

1   Q    Let's talk about Hurricane Sandy.  As a result of

2   that storm, did the area in general and your house

3   specifically sustain damage?

4   A    Yes.

5   Q    What kind of damage did your house sustain as a

6   result of Sandy?

7   A    We had six and a half feet of water I believe in our

8   basement and everything that ran the home, i.e., the

9   plumbing, electric, the heating, hot water heater,

10  etcetera, were destroyed due to the water.

11  Q    Let's talk about and, I believe, Mr. Wexler will be

12  asking you questions, questions whether you and David

13  continue to reside at 16 Albert Road after Sandy.  What is

14  the answer to that question?

15       Did you or did you not?

16  A    Oh, we stayed in the home.

17  Q    Take us through that.  You don't have to go through

18  every specific.  How was it that you were able to stay?

19  What were the living conditions like and why didn't you

20  leave?

21  A    I kidded my husband.  I was living like an Amish

22  woman.

23       (Fire alarm sounds.)

24       THE COURT:  One second.  All right.

25       Please don't talk about the testimony with

81

1    Mr. Nicolini.  You must step out.

2              (Whereupon, a recess was taken.)

3              THE COURT:  Okay.  That was exciting.  Back to

4    where we were.

5              You are still under oath.

6              MR. NICOLINI:  I'll withdraw the last question

7    which I think was open.

8              THE COURT:  Let's start again.

9              MR. NICOLINI:  All right.

10   Q    Ms. Woznick, could you just describe for us how it

11   was that you continued to reside at 16 Albert Road after

12   the storm?

13   A    Sure.  My husband and I waited for the last of the

14   major high tides to end and then we pumped out the

15   basement and then with help from friends and family, we

16   have a power washer so we totally power washed and

17   bleached the basement.  My husband hooked up our Honda

18   generator.

19             I don't know what the name of this thing is,

20   it's an insert that goes inside your fireplace and you can

21   burn coal and heat your home with that which we did.

22             For a time gas was shut off by the gas company.

23   So we are campers and boaters, so we have Coleman propane

24   stoves.  We were cooking with the barbecue, and once the

25   gas was put on we were able to use the gas again.

82

1      We had temporary electric put in the home,

2  60 amp service which we still have which New York Rising

3  told us to use.

4  Q    The flood, did it go above the basement level in the

5  home?

6  A    Hit the beam but didn't come into the actual home.

7  It pretty much stayed in the basement.

8  Q    Did you continue to live there throughout?

9  A    Absolutely.

10  Q    Did any of your neighbors stay?

11  A    Our next door neighbor stayed, Hang and Pat.  They

12  have a high-rise, split level type of home so they were

13  okay to stay.  Everybody else had four, four and a half.

14  My neighbor across the street was away.  He had six and a

15  half feet.  It was up his walls.

16          MR. NICOLINI:  I have no further questions.

17          THE COURT:  All right.  Mr. Wexler?

18          MR. WEXLER:  Nothing further.  Rather, nothing.

19  I'm sorry.

20          THE COURT:  You may step down.

21          Anybody else wish to call witnesses?

22          MR. WEXLER:  No, your Honor.

23          MR. NICOLINI:  No, your Honor.

24          THE COURT:  Everybody rests.

25          What do you want to do?  We'll need to get the

83

1   transcript and I'll give you a post hearing submission.

2   You can do it in a letter if you want.

3          MR. NICOLINI:  Okay.

4          MR. WEXLER:  Both stipulated 30 days.

5          THE COURT:  From the two weeks.

6          MR. WEXLER:  Yes.

7          THE COURT:  Let's figure out when that is.

8          Make it November 2nd.

9          MR. WEXLER:  Okay.

10         MR. NICOLINI:  Your Honor, could it be in letter

11  form?

12         THE COURT:  Five pages, single space.  I think

13  that would be adequate.

14         If you have any particular cases about this

15  particular circumstance, that would be helpful.

16         MR. WEXLER:  Very good.

17         MR. NICOLINI:  Thank you.

18         MR. WEXLER:  May we take our evidence or do you

19  need it?

20         THE COURT:  I don't need the picture.  I think

21  the transcript will do justice.  The other original

22  Exhibits I would like to keep.  The driver's license, or

23  if you have the affidavit of service.

24         (Proceedings concluded.)

25

84

# I-N-D-E-X

## W-I-T-N-E-S-S-E-S

D A V I D   W O Z N I C K                         7

DIRECT EXAMINATION                                8

BY MR. NICOLINI

CROSS-EXAMINATION                                 11

BY MR. WEXLER

REDIRECT EXAMINATION                              19

BY MR. NICOLINI

RECROSS-EXAMINATION                               27

BY MR. WEXLER

K E V I N   M I L L E R                           31

DIRECT EXAMINATION                                31

BY MR. WEXLER

CROSS-EXAMINATION                                 38

BY MR. NICOLINI

REDIRECT-EXAMINATION                              46

BY MR. WEXLER

J A M E S   K O E H L E R                         49

DIRECT EXAMINATION                                50

BY MR. WEXLER

CROSS-EXAMINATION

BY MR. NICOLINI                               60

M A R Y   J A N E   W O Z N I C K                 64

DIRECT EXAMINATION                          64

BY MR. NICOLINI

CROSS-EXAMINATION                           72

BY MR. WEXLER

D O R O T H Y   W O Z N I C K              78

DIRECT EXAMINATION                          79

BY MR. NICOLINI

**E-X-H-I-B-I-T-S**

Plaintiff Exhibit 1 and 2 received in          33

evidence

Plaintiff Exhibit 1-A was received in          47

evidence

Plaintiff Exhibit 3 was received in evidence   52

Plaintiff Exhibit 4 was received in evidence   55

Defendant's Exhibit 4 was received in          25

evidence

1

**'**

**'14** [1] - 9:6
**'15** [1] - 9:7
**'76** [3] - 20:8; 28:19
**'80s** [4] - 28:21; 29:1, 8
**'86** [2] - 8:14; 67:7
**'90s** [1] - 66:23
**'94** [5] - 9:22; 10:2, 14, 24; 23:5
**'95** [1] - 23:5

**1**

**1** [11] - 26:13; 27:9; 33:8, 15, 17-19; 34:1, 8; 48:7; 85:12
**1-A** [7] - 47:12, 17, 19-20, 22-23; 85:14
**100** [4] - 1:22; 32:9; 38:24; 53:14
**11** [1] - 84:7
**11/27** [1] - 26:18
**114** [2] - 1:18; 2:6
**11501** [1] - 1:18
**11703** [1] - 1:14
**11722** [1] - 1:22
**1180** [1] - 1:22
**14** [1] - 1:8
**15** [2] - 1:4; 20:22
**151** [1] - 37:22
**16** [32] - 3:19; 10:5, 15; 11:12; 20:17; 23:2, 24; 25:12; 26:11, 23; 27:23; 29:4, 7, 19; 46:8, 16; 60:18, 20; 61:15; 66:16, 20; 67:18; 75:21, 23, 25; 77:4; 79:7; 80:13; 81:11
**19** [2] - 51:5; 84:9
**1929** [1] - 30:12
**1965** [1] - 8:13
**1976** [1] - 28:24
**1986** [7] - 3:16; 4:1; 8:17; 9:8, 16; 10:7; 66:3
**1988** [4] - 31:21, 24; 32:7
**1992** [1] - 51:2
**1993** [2] - 79:6, 24
**1994** [8] - 3:18, 21, 23-24; 10:3, 7, 16; 79:5

**2**

**2** [10] - 20:3; 21:12; 23:6, 20; 33:15, 17, 19; 34:4, 14; 85:12
**20** [5] - 13:11; 51:9; 52:24; 53:24
**20-something** [1] - 67:15
**200** [1] - 37:22
**2000** [1] - 29:15
**2002** [1] - 29:15
**2003** [1] - 29:15
**2012** [7] - 11:24; 15:22; 26:18; 30:1; 54:17; 67:13, 16
**2013** [2] - 20:14, 24
**2015** [17] - 4:7, 14; 9:6; 33:6; 34:23; 35:24; 36:17; 41:19; 48:9; 52:25; 53:9; 65:1, 7, 9, 11; 72:15
**2016** [1] - 1:8
**20th** [2] - 67:16; 79:15
**21** [1] - 65:1
**22** [3] - 2:18; 20:14; 79:15
**25** [1] - 85:20
**269** [22] - 3:13, 22; 4:8, 13; 8:9, 16; 9:9, 13; 11:1; 14:4; 18:25; 34:24; 35:4; 37:15; 39:1; 46:5, 14, 16; 63:10; 64:16; 67:6; 79:20
**27** [3] - 2:21; 3:6; 84:11
**27-foot** [2] - 28:24; 57:20
**28** [3] - 32:20; 53:9; 54:17
**28-foot** [1] - 12:19
**28th** [2] - 30:1; 52:25
**2:00** [1] - 1:8
**2nd** [1] - 83:8

**3**

**3** [13] - 22:16; 23:7, 17; 24:18; 36:18; 41:2, 8; 51:22; 52:2, 8; 54:7; 85:16
**30** [1] - 83:4
**306** [1] - 6:15
**31** [2] - 84:13
**33** [1] - 85:12
**33-foot** [1]

**334** [6] - 50:5, 9; 51:4, 8; 52:12, 20
**38** [1] - 84:16

**4**

**4** [8] - 25:6, 9, 18; 54:22; 55:5, 8; 85:17, 20
**46** [1] - 84:18
**47** [1] - 85:14
**49** [1] - 84:20
**4:30** [1] - 71:14

**5**

**5** [18] - 3:17; 9:17, 20; 10:8, 10; 11:20, 25; 12:1, 3; 17:15; 37:10, 21; 66:6, 9, 11; 69:3; 76:8; 77:2
**5'3** [1] - 37:21
**5,000** [2] - 32:17, 20
**50** [1] - 84:21
**52** [1] - 85:16
**55** [1] - 85:17

**6**

**6** [1] - 37:17
**60** [2] - 82:2; 84:24
**631** [1] - 1:23
**64** [2] - 84:25; 85:1
**6:25** [3] - 33:6; 34:24; 36:18

**7**

**7** [2] - 63:10; 84:4
**70** [2] - 14:7; 37:22
**712-6102** [1] - 1:23
**72** [1] - 85:3
**75** [2] - 32:9; 38:23
**78** [1] - 85:5
**79** [1] - 85:6

**8**

**8** [5] - 34:23; 35:24; 36:17; 48:9; 84:5
**816** [1] - 1:13
**85** [1] - 14:8
**8th** [5] - 4:7, 14; 33:6; 38:18; 41:19

**A**

**a-n-n** [1] - 78:22
**able** [5] - 57:7; 58:14, 22; 80:18; 81:25
**abode** [3] - 37:2, 4; 42:13
**absent** [2] - 40:21
**absolutely** [1] - 82:9
**abstract** [2] - 23:22, 24
**accept** [1] - 49:4
**accepts** [1] - 6:15
**according** [1] - 30:25
**acknowledged** [2] - 36:1; 75:17
**acoustics** [1] - 7:22
**action** [1] - 33:11
**actual** [1] - 82:6
**addition** [4] - 9:19; 40:12; 50:15; 53:24
**additional** [1] - 45:11
**address** [40] - 6:10; 8:10, 12; 10:3, 18; 20:15; 22:4, 25; 23:4, 25; 25:11; 26:7, 10, 23; 27:5; 29:6; 33:1; 35:6; 36:18; 37:9, 15; 39:2, 5, 20, 23, 25; 40:4; 46:15, 17; 63:3, 8, 10; 65:3; 70:16-18, 21
**adequate** [1] - 83:13
**admitted** [3] - 25:17; 29:23; 47:19
**affect** [1] - 5:6
**affidavit** [15] - 33:10, 21-22, 25; 40:7, 18-19; 42:8, 18; 47:3; 48:7, 18; 49:6; 83:23
**affidavits** [1] - 41:9
**afternoon** [5] - 2:4; 8:8; 11:10; 72:11
**afterwards** [1] - 15:16
**age** [2] - 36:24
**aged** [1] - 41:2
**ago** [4] - 41:23; 42:5; 51:5
**agree** [2] - 27:15; 39:19
**ahead** [3] - 21:20; 31:11; 76:14
**aided** [1] - 1:25
**alarm** [1] - 80:23
**Albert** [43] - 3:19; 10:5, 14, 16, 22; 11:12; 20:17, 22; 23:2, 25; 25:12; 26:11, 24;

27:23; 29:4, 7, 19; 46:8, 14, 16; 52:22; 53:11; 54:12; 57:4; 60:18; 61:15; 66:15, 20; 67:18; 69:10; 75:21, 23, 25; 77:4; 79:7; 80:13; 81:11

**alleged** [1] - 39:17
**almost** [2] - 77:17, 24
**alone** [2] - 9:2; 65:13
**Amish** [1] - 80:21
**Amity** [18] - 3:18; 5:3; 10:5; 11:12, 14; 15:23; 16:16; 53:7; 54:6, 11; 59:1; 66:6; 76:1, 8; 77:10, 20; 79:8
**Amityville** [11] - 9:17; 11:20; 15:23; 25:23; 50:6; 54:1; 58:25; 70:12, 20; 75:25
**amount** [2] - 43:4; 53:20
**amp** [1] - 82:2
**Ann** [1] - 78:20
**answer** [6] - 2:22; 7:1; 31:2; 74:24; 80:14
**answered** [2] - 30:21; 74:3
**answering** [1] - 76:11
**answers** [1] - 6:16
**anticipate** [1] - 4:15
**apartment** [3] - 8:15; 9:19; 66:4
**apologize** [1] - 24:14
**app** [1] - 48:12
**apparent** [1] - 6:24
**APPEARANCES** [1] - 1:12
**applicable** [1] - 40:23
**application** [1] - 40:25
**approach** [2] - 19:18; 47:8
**appropriate** [1] - 19:22
**April** [1] - 20:14
**area** [14] - 54:6; 55:13; 56:19; 57:3, 11; 60:16; 61:1, 4, 17; 77:10, 20; 80:2
**argument** [1] - 5:17
**Armed** [1] - 36:11
**array** [1] - 19:20
**arrived** [1] - 35:4
**aspects** [1] - 14:1
**assignment** [2] - 38:16, 22

**associated** [1] - 50:25
**assume** [1] - 9:13
**assuming** [6] - 42:17, 20; 43:20; 44:3, 5, 15
**attempted** [1] - 5:2
**attend** [2] - 50:19
**attention** [3] - 33:5; 34:23; 54:16
**attorney** [3] - 39:3; 44:24; 45:19
**authority** [1] - 6:24
**Avenue** [5] - 1:13; 50:5; 51:4, 8; 52:12
**average** [2] - 32:9; 38:23
**Avon** [1] - 61:23
**aware** [1] - 16:16
**awkward** [1] - 57:10

**B**

**Babylon** [1] - 1:14
**bad** [1] - 61:18
**barbecue** [1] - 81:24
**Barry** [1] - 16:5
**base** [1] - 56:20
**based** [6] - 4:22; 20:7; 42:3; 43:20; 44:3; 47:3
**basement** [16] - 28:5, 9-10, 17; 30:14; 62:11; 68:6, 14, 16; 80:8; 81:15, 17; 82:4, 7
**basis** [1] - 21:5
**bay** [4] - 50:23; 53:15; 69:6; 77:3
**BAY** [1] - 1:3
**Bay** [12] - 2:3, 10; 3:17; 12:13; 34:2, 21; 50:4, 7-8; 51:12; 54:25; 59:22
**Bayliner** [5] - 12:19; 20:8; 28:19, 25
**Bayview** [7] - 50:5, 9; 51:4, 8, 16; 52:12, 21
**beach** [2] - 54:5; 55:15
**beam** [1] - 82:6
**beams** [1] - 28:9
**beautiful** [1] - 53:8
**became** [2] - 26:20; 68:1
**become** [1] - 25:23
**bedroom** [1] - 8:15
**bedrooms** [1] - 66:5
**BEFORE** [1] - 1:10
**beforehand** [1] - 24:12
**behalf** [1] - 2

**3:10; 4:18; 14:24**
**behind** [1] - 51:16
**believes** [1] - 5:9
**below** [1] - 56:4
**bench** [1] - 78:7
**benefit** [1] - 45:25
**better** [1] - 65:22
**between** [9] - 14:9; 16:17; 32:9; 41:19; 42:6, 16; 43:5; 71:13; 76:7
**big** [1] - 67:24
**bills** [4] - 30:3
**bit** [1] - 2:17
**blazer** [1] - 13:21
**bleached** [1] - 81:17
**block** [1] - 70:22
**blocks** [1] - 54:14
**blue** [11] - 13:21; 55:13, 20-21; 56:1, 4-5, 17-18, 20
**boarded** [1] - 53:6
**boards** [1] - 50:18
**boat** [36] - 11:24; 12:4, 6, 11, 15; 13:3, 5-6, 8; 14:1; 18:17, 19; 20:4, 7, 20, 23; 21:9, 15, 25; 22:10; 51:19; 57:20; 58:16; 59:6, 12, 16; 60:3, 16; 63:6
**boaters** [1] - 81:23
**boating** [1] - 53:3
**boats** [1] - 10:19
**body** [2] - 52:17; 60:10
**boiler** [1] - 28:3
**boilers** [1] - 28:12
**born** [1] - 54:2
**bought** [5] - 8:13; 54:4; 66:15; 67:4
**boundary** [1] - 55:12
**box** [11] - 17:24; 36:18, 22; 37:7, 10, 12, 17, 19, 24; 42:11, 18
**break** [1] - 32:8
**brief** [1] - 74:14
**briefcase** [1] - 30:5
**briefly** [3] - 19:12; 22:16; 52:8
**bring** [3] - 4:24; 30:3; 64:3
**broke** [1] - 68:15
**brother** [2] - 9:18; 60:21

**brought** [6] - 22:22; 29:21; 40:6; 67:22; 71:18
**brown** [1] - 14:16
**Brunswick** [1] - 54:2
**building** [1] - 58:20
**built** [1] - 30:11
**bumped** [1] - 13:8
**bunch** [2] - 30:4; 47:1
**burden** [1] - 5:11
**burn** [1] - 81:21
**business** [5] - 21:18; 24:17; 27:12; 31:19; 51:3
**businesses** [1] - 16:8
**busy** [1] - 58:19
**button** [1] - 48:23
**buyer** [1] - 67:2
**BY** [25] - 8:7; 11:9; 19:14; 22:15; 27:21; 31:15; 38:15; 46:4; 50:2; 60:14; 64:15; 72:10; 79:2; 84:6, 8, 10, 12, 15, 17, 19, 22, 24; 85:2, 4, 7

**C**

**cabin** [1] - 58:21
**campers** [1] - 81:23
**canal** [3] - 15:24; 54:11; 76:2
**Canal** [1] - 51:16
**canals** [3] - 52:20, 22; 53:17
**cannot** [6] - 38:20; 42:22; 43:10; 44:8, 10; 70:6
**capacity** [1] - 21:20
**caption** [1] - 34:20
**car** [14] - 20:10, 13, 15; 21:11, 16, 25; 22:10; 29:12, 16; 48:14; 67:1; 68:2; 71:4
**card** [1] - 71:5
**cars** [1] - 67:23
**Carver** [1] - 12:16
**Case** [1] - 2:1
**case** [3] - 4:6; 6:20; 31:1
**cases** [1] - 83:14
**catch** [1] - 59:19
**cats** [1] - 69:5
**Caucasian** [1] - 14:12
**caught** [1] - 54:10
**cave** [1] - 61:25

**2**

**cell** [3] - 73:23; 74:1
**CENTER** [1] - 1:3
**Center** [2] - 2:3; 12:13, 23; 34:2, 21; 50:5, 7-8; 52:14; 54:18; 55:1
**center** [2] - 55:13, 21
**Center's** [1] - 13:6
**Central** [2] - 1:6, 22
**certain** [2] - 18:22; 44:3
**certainly** [2] - 3:9; 29:10
**chance** [1] - 74:22
**changed** [1] - 67:25
**characterize** [1] - 62:14
**check** [3] - 37:3, 7; 40:22
**checked** [11] - 36:19, 22; 37:5, 10, 17-18, 24; 41:14; 42:12, 18; 44:4
**checking** [2] - 37:12; 42:11
**childhood** [2] - 4:1, 8
**children** [1] - 68:25
**circumstance** [1] - 83:15
**City** [1] - 40:10
**claim** [1] - 5:2
**claimed** [1] - 74:15
**Claudia** [1] - 69:4
**cleaned** [1] - 17:12
**clear** [1] - 24:15
**clearly** [1] - 24:17
**CLERK** [7] - 7:12, 17; 49:17; 64:4, 9; 78:12, 18
**client** [4] - 2:8, 10, 15; 12:13
**client's** [1] - 12:11
**close** [5] - 6:19; 51:11; 55:24; 68:7, 13
**closed** [2] - 43:17; 71:12
**closer** [1] - 56:1
**closet** [1] - 13:11
**coal** [1] - 81:21
**Coleman** [1] - 81:23
**color** [1] - 14:15
**coming** [2] - 59:22; 69:12
**comment** [1] - 60:8
**company** [4] - 75:16, 19; 81:22

**COMPANY** [1] - 1:7
**complaint** [11] - 15:6; 33:11; 34:6, 15, 18, 20; 36:8; 37:14; 38:17; 40:3; 44:13
**complete** [2] - 37:13; 48:9
**complications** [1] - 25:21
**comport** [1] - 26:19
**computer** [3] - 1:25; 40:24; 41:1
**concerning** [2] - 4:25; 41:13
**concerns** [2] - 59:24; 60:1
**concluded** [1] - 83:24
**concourse** [1] - 54:10
**conditions** [1] - 80:19
**conference** [1] - 2:20
**confined** [1] - 40:10
**confirm** [1] - 39:20
**confirmation** [1] - 37:9
**confirmed** [1] - 59:11
**connection** [3] - 3:22; 8:12; 11:2
**construction** [1] - 17:2
**contain** [1] - 26:7
**contained** [5] - 27:6; 37:19; 47:25; 63:3, 8
**contemporaneously** [1] - 48:10
**continually** [2] - 10:15; 79:16
**continue** [4] - 57:23; 61:6; 80:13; 82:8
**continued** [5] - 11:1; 62:4, 10, 17; 81:11
**continuous** [1] - 31:24
**contradict** [2] - 62:16, 19
**conversation** [27] - 36:5; 39:17; 40:17; 42:4, 22; 43:3, 9, 11, 13; 44:2, 6, 8-9, 11, 19, 22; 45:1; 46:9, 13; 58:4, 13; 69:16; 70:2; 72:2, 23
**conversations** [6] - 4:11, 22, 25; 58:5, 9
**converted** [1] - 8:15
**converting** [1] - 9:19
**cooking** [1] - 81:24
**copies** [2] - 2

26:6
**copy** [24] - 15:4; 20:4; 22:21; 24:1, 9-10, 21-22; 25:1, 3-4, 10; 26:15; 33:10, 21; 34:6, 12; 36:24; 37:14; 40:8; 41:4; 47:14; 52:5
**corner** [1] - 34:9
**corporation** [1] - 50:8
**correct** [31] - 6:9; 9:14; 11:15; 12:7, 13, 23; 13:3, 7; 14:2, 5; 15:25; 17:18; 19:1; 20:18; 22:1; 28:1, 4; 29:2; 32:16; 36:19; 38:24; 40:20, 23; 41:6, 10, 20; 45:2; 61:4, 20; 62:20
**correctly** [2] - 48:13; 57:25
**counsel** [4] - 6:4; 24:23; 33:9; 51:23
**count** [1] - 52:21
**Country** [2] - 1:18; 2:6
**couple** [1] - 71:9
**COURT** [114] - 1:1; 2:4, 8, 11, 15, 17; 3:3, 6, 23; 5:5, 14, 21, 24; 6:3, 19, 25; 7:5, 8, 10, 20, 25; 8:2, 4; 18:17; 19:11, 17, 19, 23; 20:1; 21:5, 8, 12, 22; 22:3, 6, 9, 12; 23:7, 9, 15, 20, 23; 24:2, 6, 11, 15, 25; 25:4, 7, 15, 17; 27:11, 15, 18; 30:21, 24; 31:11, 13; 33:9, 12, 17; 35:9; 38:13; 44:24; 46:2, 11; 47:9, 13, 17, 19; 48:18, 21; 49:9, 11; 51:23, 25; 52:2; 54:23; 55:2, 16, 19; 56:6, 16; 60:11; 62:7, 15; 63:15, 17, 19, 21, 25; 64:13; 65:19; 68:11, 17, 20, 23; 72:1, 6, 8, 21; 78:5, 7, 23; 80:24; 81:3, 8; 82:17, 20, 24; 83:5, 7, 12, 20
**Court** [9] - 1:21; 32:19; 33:24; 42:15; 43:8; 52:5; 55:25; 56:14, 17
**Court's** [1] - 19:24
**Courthouse** [1] - 1:5
**courtroom** [2] - 6:5;

**Covell** [1] - 69:5
**CPLR** [1] - 6:15
**crafty** [1] - 7:3
**crashed** [2] - 77:16, 24 **3**
**Creek** [7] - 51:13-15; 52:18; 53:1, 10
**creek** [4] - 52:18; 53:5, 8, 17
**Crombie** [23] - 3:14, 22; 4:8, 13; 8:9, 16; 9:9, 14; 11:1; 14:4; 18:25; 34:24; 35:4; 37:15; 39:1; 46:5, 14, 16; 63:10; 64:16; 65:3; 67:7; 79:20
**CROSS** [8] - 11:8; 38:14; 60:13; 72:9; 84:7, 16, 23; 85:3
**CROSS-EXAMINATION** [8] - 11:8; 38:14; 60:13; 72:9; 84:7, 16, 23; 85:3
**cruiser** [1] - 58:21
**custom** [2] - 32:11, 22
**customers'** [1] - 50:19
**cut** [1] - 7:8
**CV-06183** [1] - 1:4
**CV-15-6183** [2] - 34:10, 19

## D

**d-o-r-o-t-h-y** [1] - 78:21
**dad** [3] - 9:4; 54:3; 66:14
**damage** [7] - 55:1; 56:10, 12; 61:4; 67:18; 80:3, 5
**dangerous** [1] - 53:16
**dark** [1] - 56:18
**darker** [2] - 56:4, 20
**data** [1] - 40:24
**databases** [1] - 39:19
**date** [13] - 15:20; 20:13, 16, 22; 26:16; 36:16; 38:20; 48:1; 72:17; 76:15, 22
**daughter** [5] - 66:3; 69:4; 71:20; 75:13; 76:8
**daughter-in-law** [2] - 71:20; 75:13
**Dave** [1] - 59:2
**David** [50] - 3:10, 15; 5:25; 6:12; 7:11, 19; 34:3, 22; 35:3, 12, 15;

36:10; 42:12; 44:13;
45:10; 46:20; 57:22;
59:6, 11; 60:3, 20;
61:14, 16; 62:1, 16,
19; 63:4; 65:14, 16,
24; 66:9, 20; 67:6, 17;
69:1, 9, 13; 70:7, 9;
72:25; 73:2, 8, 15;
74:7; 79:3, 12, 16, 21,
23; 80:12
**DAVID** [1] - 1:7
**David's** [4] - 62:9;
63:24; 66:18; 77:17
**daylight** [1] - 71:13
**days** [6] - 59:2; 76:19,
23; 83:4
**dear** [1] - 57:5
**debate** [1] - 6:8
**debris** [1] - 56:21
**decade** [1] - 76:24
**December** [14] - 4:7,
14; 33:6; 34:23; 35:24;
36:17; 38:18; 41:19;
48:9; 65:11, 13; 72:15;
73:4, 9
**dedicated** [1] - 32:15
**deep** [1] - 56:19
**Deer** [1] - 1:13
**default** [1] - 15:2
**defendant** [11] - 2:22;
3:10; 5:12; 33:3; 35:8,
12; 36:2; 37:15; 38:1
**Defendant** [1] - 1:16
**defendant's** [2] -
35:22; 36:2
**Defendant's** [10] -
20:2; 22:16; 23:17, 20;
25:6, 9, 18; 26:12;
27:9; 85:20
**Defendants** [1] - 1:8
**defense** [2] - 3:4; 7:11
**degree** [1] - 5:16
**degrees** [1] - 48:3
**deliver** [1] - 41:4
**delivering** [1] - 36:24
**Department** [8] -
21:17, 19; 22:4, 13,
18, 25; 29:7, 22
**depicted** [1] - 54:7
**describe** [6] - 42:24;
50:15; 51:6; 52:8;
57:3; 81:10
**described** [1] - 43:22
**description** [2] -
6:14; 37:20
**DeSotto** [1] - 16:6
**despite** [1] - 62:11

**destroyed** [2] - 17:8;
80:10
**destructive** [1] -
77:19
**determine** [2] - 39:25;
45:17
**different** [1] - 27:5;
57:1
**dingy** [9] - 50:10,
13-14; 51:1, 7; 52:15;
53:24; 54:17
**direct** [2] - 34:23;
77:13
**DIRECT** [10] - 8:6;
31:14; 50:1; 64:14;
79:1; 84:5, 14, 21;
85:1, 6
**directed** [1] - 33:4
**disaster** [1] - 57:11
**disconnected** [2] -
73:22, 25
**discretion** [1] - 37:1
**discuss** [2] - 18:21;
59:4
**discussed** [2] - 14:1;
30:25
**discussing** [2] - 18:9,
11
**discussion** [4] -
74:14, 16-17; 75:1
**dispute** [1] - 7:6
**disputed** [1] - 4:12
**disputing** [1] - 47:15
**distinction** [1] -
24:16
**DISTRICT** [2] - 1:1
**DMV** [6] - 4:2; 21:15;
23:3, 24-25; 39:22
**docket** [4] - 2:18,
20-21; 3:6
**document** [7] - 33:1;
34:9; 47:5, 11; 48:9;
51:21; 71:21
**documents** [3] - 21:15;
29:21; 33:8
**done** [3] - 24:12;
46:21; 48:10
**door** [34] - 6:11;
13:10, 15; 35:6, 21;
43:14, 16-19; 55:13;
69:17, 20, 22-23, 25;
70:1, 25; 71:2, 6,
11-12, 15-16; 72:3, 6,
16, 19; 82:11
**doorbell** [1] - 72:22
**doors** [1] - 56:21
**doorstep** [1] -

**doorway** [1] - 71:8
**Dorothy** [15] - 3:20;
5:1; 9:23, 25; 10:15;
62:4, 10, 17; 66:18,
20; 67:4; 69:1, 9;
78:10, 20
**Dorothy's** [1] - 67:17
**Dottie** [5] - 68:21;
73:19; 74:2, 18
**Dottie's** [1] - 66:14
**doubt** [1] - 60:15
**doubting** [1] - 43:7
**down** [25] - 6:4; 30:24;
32:8; 37:9; 41:25;
49:12; 53:1, 10; 54:9,
14; 57:7, 9; 58:25;
59:2; 61:2; 62:8;
63:17; 68:6, 8, 13-14;
71:8; 82:20
**draft** [1] - 36:16
**draw** [2] - 33:5; 54:16
**drive** [1] - 57:9
**driver's** [12] - 9:11,
13; 10:21; 22:5, 19,
21, 24; 23:13; 24:10,
23; 25:10; 83:22
**driveway** [1] - 55:14
**driving** [1] - 9:9
**due** [2] - 43:2; 80:10
**duly** [5] - 7:15; 31:7;
49:20; 64:7; 78:16
**during** [2] - 10:9;
59:17
**dwelling** [3] - 37:1,
4; 41:15

**E**

**easily** [1] - 69:23
**EASTERN** [1] - 1:1
**eastern** [1] - 55:12
**edge** [1] - 58:18
**effect** [2] - 4:19; 74:7
**effected** [1] - 54:18
**effectuate** [3] -
38:17; 45:12, 15
**effectuated** [4] -
4:13; 41:23; 43:5;
48:11
**efficiency** [1] - 5:6
**eight** [5] - 3:16; 10:9;
11:19; 16:17; 52:21
**eight-year** [1] - 10:9
**eighty** [1] - 14:9
**eighty-five** [1] - 14:9
**either** [2] - 4:9; 5:7;

**electric** [4] - 17:23;
80:9; 82:1
**electrician** [1] -
17:23
**electricity** [2] -
17:22; 61:23
**electronically** [1] -
40:24
**elsewhere** [1] - 61:19
**employed** [6] - 31:16,
20, 22; 32:22; 50:3
**employee** [2] - 32:15;
38:9
**employees** [1] - 27:4
**end** [2] - 54:9; 81:14
**enjoy** [2] - 50:23;
53:18
**enthusiasts** [1] -
50:23
**entry** [4] - 2:18,
20-21; 3:6
**escape** [1] - 48:25
**especially** [2] -
15:23; 77:22
**ESQ** [2] - 1:13, 19
**established** [1] - 4:15
**establishes** [1] -
48:19
**establishment** [1] -
37:25
**etcetera** [3] - 4:5;
32:5; 80:10
**evacuate** [1] - 67:22
**evacuation** [2] - 77:9,
14
**event** [1] - 67:11
**evidence** [27] - 4:21;
21:2; 25:1, 13, 19;
27:9; 33:16, 19; 34:5,
14; 47:9, 19, 21; 52:2,
4, 7; 55:4, 6, 8;
83:18; 85:13, 15-17, 21
**EVIDENTIARY** [1] - 1:10
**exact** [5] - 36:5;
38:20; 66:22; 67:14;
76:22
**examination** [1] -
19:11
**EXAMINATION** [24] -
8:6; 11:8; 19:13;
27:20; 31:14; 38:14;
46:3; 50:1; 60:13;
64:14; 72:9; 79:1;
84:5, 7, 9, 11, 14, 16,
18, 21, 23; 85:1, 3, 6
**examined** [5] - 7:15;
31:7; 49:20; 64:7;

4

78:16

**exciting** [1] - 81:3
**excuse** [1] - 39:9
**excused** [1] - 63:18
**excused)** [1] - 78:9
**exercise** [1] - 53:18
**Exhibit** [31] - 20:3;
21:12; 22:16; 23:6;
24:18; 25:9, 18; 26:13;
27:9; 33:8, 15, 19;
34:1, 4, 8, 14; 47:20;
48:7; 51:22; 52:2, 8;
54:7, 22; 55:5, 8;
85:12, 14, 16-17, 20
**exhibit** [1] - 24:11
**EXHIBITS** [1] - 85:11
**Exhibits** [1] - 83:22
**exhibits** [1] - 21:23
**existed** [1] - 29:8
**experience** [1] - 5:8
**expires** [1] - 23:14
**explain** [3] - 56:17;
74:20, 22
**extension** [2] - 2:21;
3:3
**extent** [1] - 24:9

---

**F**

**facing** [1] - 55:12
**fact** [13] - 10:25;
13:5; 16:5, 8, 16;
17:4; 26:23; 45:9;
52:21; 59:24; 62:11;
68:5; 77:9
**facts** [1] - 7:6
**fair** [7] - 10:6; 16:2;
45:12; 48:6, 24; 53:20;
73:8
**familial** [1] - 6:24
**familiar** [5] - 8:10;
54:6, 12; 63:3, 8
**family** [3] - 60:21;
79:10; 81:15
**famous** [1] - 51:19
**far** [3] - 53:10; 57:15
**father** [1] - 9:3
**Federal** [1] - 1:22
**feet** [8] - 13:11;
16:17; 17:13; 28:10,
16; 30:13; 80:7; 82:15
**female** [1] - 37:21
**FERRETTI** [1] - 1:17
**Ferretti** [1] - 2:6
**few** [3] - 4:1; 27:19;
59:2

---

**fifteen** [1] - 11:17
**figure** [2] - 45:11;
83:7
**filed** [2] - 26:3, 20
**filled** [1] - 68:16
**finally** [1] - 58:19
**fine** [5] - 2:12; 24:24;
30:22; 47:16; 59:16
**finish** [1] - 44:25
**finished** [1] - 73:17
**FIRE** [1] - 1:7
**Fire** [2] - 34:2, 21
**fire** [1] - 80:23
**fireplace** [1] - 81:20
**first** [25] - 5:4; 7:14;
8:19; 14:23, 25; 15:11;
19:19, 21, 23; 21:6,
15; 28:6, 19; 30:14;
31:6; 33:19; 36:21;
41:22; 49:19; 51:3;
54:10; 58:12; 64:6;
78:15
**fish** [1] - 54:10
**five** [8] - 14:9; 16:17;
17:13; 64:1; 76:23;
83:12
**five-foot** [2] - 14:9
**floated** [1] - 12:11
**flood** [2] - 68:16; 82:4
**flooded** [6] - 16:13,
24; 28:6; 57:17; 62:12
**flooding** [3] - 16:18;
56:19; 60:15
**floor** [6] - 28:4, 6, 9;
66:5; 71:17
**floors** [1] - 28:8
**focus** [1] - 8:9
**following** [3] - 69:2;
75:5, 7
**follows** [6] - 3:11;
7:16; 31:8; 49:21;
64:8; 78:17
**foot** [8] - 14:9; 17:15,
17; 27:25; 30:7; 37:21;
57:2
**Forces** [1] - 36:11
**form** [4] - 40:20; 41:9,
12; 83:11
**formally** [1] - 4:20
**forms** [1] - 32:4
**forth** [1] - 26:9
**forward** [1] - 5:11
**forwarding** [1] - 10:19
**foundation** [1] - 27:13
**four** [4] - 71:13;
76:19; 82:13

---

**frame** [1] - 49:1
**free** [1] - 43:25
**friend** [2] - 57:6;
66:24
**friends** [2] - 54:8;
81:15
**front** [3] - 45:8;
55:13; 71:8
**fully** [1] - 64:10

---

**G**

**gas** [4] - 81:22, 25
**general** [1] - 80:2
**generated** [2] - 40:11;
42:8
**generates** [1] - 48:5
**generator** [1] - 81:18
**gentleman** [4] - 13:21;
70:3; 72:15, 18
**gifted** [1] - 28:25
**given** [3] - 37:15;
40:15; 43:4
**glass** [3] - 69:18, 25;
72:4
**global** [1] - 48:20
**Google** [1] - 39:22
**GPS** [4] - 40:9; 47:6,
24
**grandly** [1] - 54:20
**granted** [1] - 3:6
**granting** [1] - 2:25
**gray** [3] - 14:15; 37:21
**Great** [2] - 51:12;
59:22
**great** [3] - 60:21;
65:24
**grew** [2] - 3:12; 79:21
**ground** [1] - 28:4
**grounds** [1] - 27:11
**grow** [2] - 65:14, 24
**guess** [6] - 5:7, 12;
9:7; 31:2; 48:13; 70:14

---

**H**

**habit** [2] - 32:11, 22
**habitable** [1] - 61:18
**hair** [2] - 14:15; 37:21
**half** [4] - 36:22; 80:7;
82:13, 15
**Halloween** [2] - 15:22;
67:13
**hand** [9] - 7:12; 15:9;
34:9; 38:22; 49:17;

---

78:13

**handle** [1] - 63:22
**hands** [1] - 67:25
**hang** [1] - 77:12          **5**
**Hang** [1] - 82:11
**hanger** [1] - 13:10
**Harbor** [18] - 3:18;
5:3; 10:5; 11:12, 14;
15:23; 16:16; 53:7;
54:6, 11; 66:6; 67:23;
76:1, 9; 77:10, 20;
79:8
**harbor** [1] - 77:6
**hardware** [1] - 68:1
**Hayes** [1] - 57:6
**head** [3] - 56:25; 57:1
**headwaters** [1] - 53:7
**hear** [2] - 6:9; 65:17
**heard** [4] - 3:1; 62:1,
3; 71:14
**HEARING** [1] - 1:10
**hearing** [5] - 3:7;
5:17; 40:16; 42:1; 83:1
**hearings** [1] - 5:8
**heat** [2] - 28:12; 81:21
**heater** [2] - 28:3; 80:9
**heating** [2] - 28:13;
80:9
**height** [2] - 28:10;
56:25
**hello** [1] - 59:6
**help** [4] - 38:5; 57:8;
65:21; 81:15
**helpful** [1] - 83:15
**herself** [4] - 6:11;
35:7, 20
**high** [4] - 56:23;
57:15; 81:14; 82:12
**high-rise** [1] - 82:12
**Highway** [1] - 11:15
**hit** [3] - 15:25; 76:9;
82:6
**hitting** [1] - 68:6
**hold** [1] - 55:10
**home** [35] - 3:12,
17-18; 4:1, 8; 5:2;
9:25; 10:3; 16:11, 13;
17:14; 29:19; 35:8, 11;
36:4; 43:14; 65:15, 24;
66:21; 67:20; 68:4;
69:12, 15; 73:25; 74:3;
79:10; 80:8, 16; 81:21;
82:1, 5-6, 12
**homes** [5] - 15:24;
16:8, 16; 57:12; 77:22
**Honda** [1] - 81:17

**honestly** [2] - 42:15; 43:8
**Honor** [30] - 3:9, 11, 24; 4:3, 5, 20, 24; 5:3, 25; 8:5; 19:12, 25; 24:4, 14; 25:6, 14; 27:9; 31:3; 33:14; 49:10; 54:24; 63:16, 20, 23; 68:9; 78:6; 82:22; 83:10
**HONORABLE** [1] - 1:10
**hook** [1] - 17:23
**hooked** [1] - 81:17
**hoping** [2] - 57:12
**Hospital** [1] - 54:2
**hot** [1] - 80:9
**house** [57] - 11:22; 15:17; 16:2, 20, 22; 17:4, 6, 15-16, 18-19; 18:3; 27:23, 25; 28:8, 13; 29:1; 30:7, 11, 17; 37:2, 4; 41:15; 42:24; 43:1; 54:4; 59:15, 21; 60:23; 61:12, 24; 65:16; 66:6, 14-15, 25; 67:4, 17; 68:5; 69:3, 8; 71:19; 73:16; 76:6; 77:2, 5, 7, 17; 80:2, 5
**housekeeping** [1] - 2:17
**houses** [7] - 57:16; 59:23; 61:6, 10, 17
**Huntington** [13] - 3:14; 6:10; 8:9; 14:5; 18:22, 25; 19:7; 34:25; 37:16; 59:15, 21; 63:10; 64:16
**Hurricane** [3] - 29:10; 67:10; 80:1
**husband** [10] - 64:19, 21; 65:3, 6, 8; 69:4, 21; 80:21; 81:13, 17

**I**

**i.e** [1] - 80:8
**idea** [1] - 66:7
**identification** [2] - 19:16; 20:3
**identified** [2] - 6:11; 35:7
**identify** [3] - 26:13; 35:19
**imagine** [1] - 5:8
**immediately** [1] - 55:17
**important** [1] - 58:22
**impression** [1] - 13:14

**improper** [1] - 2:23
**inboard** [1] - 12:20
**inboard/outboard** [2] - 12:20
**INC** [1] - 1:3
**Inc** [2] - 50:7
**incident** [1] - 13:24
**incidentally** [1] - 27:22
**including** [2] - 4:2; 60:16
**incorporated** [1] - 51:2
**independent** [2] - 43:20; 47:2
**index** [3] - 34:8, 15, 18
**INDEX** [1] - 84:1
**individual** [1] - 43:22
**information** [13] - 22:3, 7, 18; 37:18; 40:11, 13, 21-22; 41:12; 47:25; 48:12, 17; 49:6
**input** [2] - 40:24; 49:5
**inquire** [2] - 13:3; 36:10
**inquired** [2] - 23:12; 35:14
**insert** [1] - 81:20
**inside** [4] - 43:14; 69:20; 72:3; 81:20
**instance** [3] - 5:15; 44:18, 21
**instituted** [1] - 4:7
**insurance** [3] - 75:15, 18
**INSURANCE** [1] - 1:7
**Insurance** [2] - 34:3, 22
**insured** [2] - 59:12; 60:3
**intention** [1] - 4:19
**Intercounty** [6] - 31:17; 32:3; 38:9; 41:1
**interest** [1] - 11:4
**interested** [2] - 2:13; 67:2
**interior** [1] - 17:9
**internet** [1] - 24:5
**interpose** [1] - 2:23
**interrupt** [1] - 20:25
**intimately** [2] - 54:14; 61:1
**involved** [2] - 25:24; 26:20

**IO** [1] - 12:21
**Irene** [1] - 59:17
**Island** [1] - 15:25
**Islip** [2] - 1:6, 22
**issue** [9] - 3:11; 4:3, 9, 17; 5:23; 6:22; 20:5; 24:9
**items** [4] - 18:22; 50:18; 59:15
**itself** [1] - 60:23

**J**

**James** [2] - 49:15, 22
**JAMES** [1] - 49:22
**Jane** [7] - 3:13, 17; 4:10, 25; 8:19; 63:24; 64:11
**January** [2] - 20:24; 65:2
**Jim** [5] - 2:9; 13:17; 14:2; 18:9; 57:7
**Jimmy** [1] - 57:6
**JOHN** [1] - 1:19
**John** [1] - 2:5
**jointly** [2] - 3:20; 79:12
**JUDGE** [1] - 1:11
**Judge** [16] - 2:3; 5:7, 20; 19:15; 20:25; 24:22; 25:5; 31:12; 33:7; 47:11; 54:21; 62:13; 64:2; 65:20; 78:4
**judicial** [1] - 32:20
**Judicial** [4] - 31:17; 32:3; 38:9
**jumped** [1] - 58:24
**juncture** [1] - 32:21
**justice** [1] - 83:21

**K**

**k-o-e-h-l-e-r** [1] - 49:23
**Kay** [16] - 9:17, 20; 10:8, 10; 11:20, 25; 12:1, 3; 16:5; 17:15; 66:6, 9, 11; 69:3; 76:8; 77:2
**kayak** [3] - 53:5, 16; 61:3
**kayaking** [1] - 53:3
**kayaks** [1] - 50:17
**keep** [2] - 27:14; 83:22
**Ketcham's** [6] - 2:18; 53:1,

**10**
**Ketchem** [1] - 51:17
**KETCHEM** [1] - 51:17
**Kevin** [2] - 31:4, 9
**kidded** [1] - 80:21
**kids** [2] - 66:6; 73:6
**killed** [1] - 77:24
**kind** [2] - 57:10; 80:5
**knocked** [4] - 6:11; 13:8; 35:21; 61:12
**knocking** [2] - 72:16, 19
**knowledge** [14] - 19:3; 26:3; 35:24; 39:7, 10, 16; 61:14; 62:9, 16, 19; 67:17, 20; 68:10; 79:20
**known** [1] - 51:15
**knows** [2] - 19:4, 7
**Koehler** [15] - 2:9; 13:17; 14:2; 18:9, 21; 19:4, 6; 25:21; 27:4; 49:16, 22; 50:3; 55:7; 58:7; 60:12

**L**

**Labor** [1] - 51:9
**ladder** [1] - 58:24
**large** [1] - 50:20
**larger** [1] - 13:12
**last** [10] - 8:21; 9:5; 14:21; 15:2; 52:24; 64:12; 73:4; 78:10; 81:6, 13
**latitude** [1] - 48:2
**law** [2] - 71:20; 75:13
**lawsuit** [1] - 4:6
**lawyer** [1] - 15:5
**lay** [1] - 27:13
**leading** [1] - 46:10
**learned** [1] - 54:5
**least** [9] - 13:17, 25; 17:13; 27:25; 28:16; 56:24; 58:8; 73:7, 9
**leave** [5] - 13:14; 45:1, 5; 71:7; 80:20
**leaving** [2] - 49:2; 69:13
**led** [1] - 37:8
**left** [8] - 9:10, 16; 35:12; 36:8; 45:6; 71:12, 20; 72:14
**legal** [4] - 4:16; 14:24; 39:20; 71:21; 72:12; 74:5
**legwork** [2] - 45:11, 17

**6**

**length** [1] - 77:6
**less** [2] - 6:7
**letter** [5] - 15:1, 4;
83:2, 10
**level** [2] - 82:4, 12
**Levittown** [1] - 66:14
**license** [16] - 4:4;
9:11; 10:21; 22:5, 19,
21, 24; 23:1, 13; 24:1,
23; 25:1, 3, 10; 83:22
**licenses** [2] - 9:13;
10:13
**lied** [1] - 62:5
**life** [2] - 68:13; 77:17
**lifted** [2] - 17:4, 6
**light** [3] - 7:22, 25;
56:17
**lighter** [1] - 56:4
**line** [4] - 4:4; 56:4,
20
**list** [1] - 26:23
**listed** [2] - 9:13;
25:11
**listen** [1] - 59:9
**literally** [1] - 68:2
**litigation** [1] - 12:7
**live** [25] - 6:18; 7:4;
9:20; 10:7; 11:11;
16:24; 17:17; 20:18;
45:10; 46:20; 54:8;
56:10; 61:6, 23; 65:5,
16; 66:11, 24; 70:9,
11, 19; 76:9; 82:8
**lived** [16] - 6:23;
8:13; 10:6; 11:11, 17;
17:22; 29:1; 35:10, 15;
36:2; 45:11, 18; 53:25;
66:1; 70:11, 19
**lives** [4] - 6:12, 16;
57:6; 79:21
**living** [9] - 28:8;
61:25; 65:11, 13;
66:13; 69:4; 76:8;
80:19, 21
**located** [4] - 3:13;
34:8; 51:14; 52:15
**location** [7] - 4:17;
35:2, 4; 48:1; 50:22;
51:6; 60:19
**LOCKE** [1] - 1:10
**locked** [3] - 69:24;
70:1; 72:6
**logic** [2] - 43:22, 24
**longitude** [1] - 48:2
**look** [13] - 20:2;
22:16, 18; 34:7, 11,
14; 36:16; 39:25;

55:20, 24; 56:16; 70:21
**looked** [4] - 26:5;
57:4; 58:15; 71:17
**looking** [2] - 22:17;
70:15
**looting** [3] - 58:23;
59:23, 25
**losing** [1] - 68:13
**lost** [1] - 77:17
**love** [1] - 70:12
**lower** [1] - 38:2

### M

**M-i-l-l-e-r** [1] -
31:10
**ma'am** [3] - 74:23;
76:10; 77:12
**MAGISTRATE** [1] - 1:11
**mail** [7] - 10:18; 15:8;
37:13; 71:13, 15, 22;
74:10
**mailbox** [1] - 45:5
**mailed** [4] - 15:1, 10;
37:14; 75:11
**mailing** [1] - 37:14
**mailman** [2] - 71:14;
73:14
**maintain** [2] - 27:14;
40:12
**major** [2] - 17:1; 81:14
**man** [5] - 25:3; 67:5;
69:12, 15; 71:20
**mandatory** [2] - 77:9,
14
**map** [1] - 52:10
**March** [2] - 65:1, 9
**Marina** [1] - 53:7
**Marine** [1] - 50:5
**mark** [2] - 37:3; 55:2
**marked** [10] - 19:15,
23; 20:2; 25:8; 26:12;
33:8, 18; 47:11; 51:21;
54:22
**married** [8] - 9:22;
54:4; 66:4, 13, 22;
79:3, 5
**Mary** [7] - 3:13, 17;
4:10, 25; 8:19; 63:24;
64:11
**Massapequa** [1] - 54:4
**Massepequa** [1] - 56:11
**math** [2] - 32:16, 18
**matter** [5] - 33:23-25;
68:5; 72:18
**mean** [2] - 20:25;

**meaning** [2] - 18:17;
35:15
**meant** [1] - 59:18
**measure** [1] - 56:23
**mechanical** [1] - 1:25
**mechanicals** [2] -
28:3, 12
**member** [1] - 36:11
**mentioned** [1] - 72:25
**Merrick** [7] - 16:3, 8,
17; 57:15; 67:24; 68:7;
70:22
**met** [1] - 35:23
**Michael** [1] - 69:4
**microphone** [2] - 7:21;
65:19
**mid** [1] - 29:1
**military** [4] - 6:13,
17; 36:12; 37:23
**Miller** [10] - 31:4, 9,
16; 33:18; 38:16;
44:24; 46:6; 47:22;
49:11; 62:24
**mine** [1] - 66:24
**Mineola** [2] - 1:18; 2:7
**minute** [3] - 6:7; 49:7
**minutes** [3] - 48:3;
49:2; 64:1
**mistake** [1] - 65:8
**mold** [2] - 17:11
**mom** [4] - 8:23; 54:3;
63:24; 75:15
**mom's** [1] - 59:7
**moment** [1] - 48:25
**moments** [1] - 48:11
**money** [1] - 70:12
**Montauk** [1] - 11:15
**month** [3] - 32:8; 76:6,
24
**months** [2] - 15:18;
42:5
**morning** [1] - 55:18
**mother** [18] - 3:13;
6:20; 8:14; 11:1; 12:2;
14:4, 7, 17, 20, 23;
15:4, 8; 19:4, 7;
35:22; 36:2; 79:21
**mother's** [1] - 8:19
**motion** [3] - 2:19, 21,
25
**motions** [1] - 2:18
**Motor** [9] - 21:17, 19;
22:4, 13, 19, 25;
23:12; 29:7, 22
**move** [10] - 9:16; 18:5;

67:20; 68:3; 69:1, 7, 9
**moved** [13] - 3:15;
9:18; 16:22; 17:16, 20;
18:3; 61:17; 66:9;
67:6; 68:4; 69:5; 79:23
**moving** [2] - 4:1; 18:22
**MR** [143] - 2:2, 5, 9,
13, 16; 3:2, 5, 9, 24;
5:7, 20, 23, 25; 6:7,
22; 7:1, 7, 9, 11; 8:5,
7; 11:6, 9; 19:9, 12,
14-15, 18, 20, 24;
20:25; 21:3, 6, 10,
13-14; 22:15; 23:6, 8,
18, 21, 24; 24:4, 8,
14, 20, 22; 25:2, 5,
13, 16; 27:8, 10, 12,
16, 19, 21; 30:19;
31:2, 12, 15; 32:15,
19; 33:7, 10, 14;
38:11, 15; 44:23; 46:1,
4, 10; 47:8, 10, 15,
18; 48:24; 49:8, 10,
14; 50:2; 51:24; 52:1,
5; 54:21, 24; 55:3;
56:8, 12; 58:1-3; 59:9;
60:7, 12, 14; 62:6, 13;
63:13, 16, 20, 23;
64:2, 15; 65:20; 68:9;
71:24; 72:10; 74:21;
76:14; 77:12; 78:3, 6,
10; 79:2; 81:6, 9;
82:16, 18, 22-23; 83:3,
6, 9-10, 16-18; 84:6,
8, 10, 12, 15, 17, 19,
22, 24; 85:2, 4, 7
**must** [2] - 32:13; 81:1

### N

**name** [14] - 7:17; 8:19,
21; 31:9; 57:25; 58:1;
64:9, 11-12; 70:13, 23;
72:25; 78:18; 81:19
**namely** [1] - 4:25
**natural** [1] - 57:10
**nature** [1] - 77:19
**necessary** [1] - 4:25
**need** [6] - 24:22; 32:8;
55:25; 82:25; 83:19
**needed** [1] - 42:1
**needs** [1] - 50:19
**neighbor** [2] - 82:11,
14
**neighbor's** [1] - 16:13
**neighborhood** [1] -
52:10
**neighbors** [3] - 57:12,
23; 82:10

**nephew** [1] - 60:22
**never** [7] - 7:3; 17:20; 60:20; 66:8; 67:9; 68:4; 76:6
**new** [1] - 17:24
**NEW** [1] - 1:1
**New** [10] - 1:6, 22; 3:14, 18; 8:9; 29:6; 34:25; 37:16; 40:10; 82:2
**next** [8] - 55:18; 68:22; 71:15; 74:11; 75:1, 12; 82:11
**NICOLINI** [63] - 1:17, 19; 2:5; 3:9, 24; 5:25; 7:11; 8:5, 7; 11:6; 19:12, 14-15, 18, 24; 21:3, 10, 13; 22:15; 23:6, 8, 24; 24:4, 8, 14, 20; 25:5, 13; 27:8, 16; 33:14; 38:15; 46:1, 10; 47:15; 49:10; 51:24; 54:24; 56:9; 60:12, 14; 63:13, 23; 64:2, 15; 65:20; 71:24; 78:6, 10; 79:2; 81:6, 9; 82:16, 23; 83:3, 10, 17; 84:6, 10, 17, 24; 85:2, 7
**Nicolini** [20] - 2:5; 5:9, 22; 6:9; 7:10; 8:4; 19:21; 38:13; 46:18; 47:2, 13; 55:25; 56:7; 60:11; 63:21; 64:13; 77:13; 78:5; 81:1
**night** [3] - 68:2, 5; 76:9
**nights** [1] - 53:14
**nine** [1] - 42:5
**nonmilitary** [1] - 37:25
**nonservice** [1] - 46:23
**north** [3] - 16:8; 52:21; 57:15
**North** [1] - 1:14
**notary** [2] - 38:5, 10
**nothing** [4] - 63:16; 78:6; 82:18
**notice** [4] - 2:17; 32:20; 41:25; 57:4
**noticed** [1] - 61:4
**notified** [1] - 12:24
**November** [1] - 83:8
**nowhere** [1] - 69:11
**number** [9] - 34:4, 8, 16, 18; 36:18; 37:10, 17; 39:22; 48:16
**numbers** [3] - 58:16, 18, 24
**nutshell** [1] - 3:11
**NY** [3] - 1:14, 18; 2:7

**O**

**oath** [3] - 62:1, 17; 81:5
**object** [4] - 5:19; 21:4; 55:21; 68:9
**objection** [16] - 2:24; 5:18, 20; 19:19, 22; 21:14; 23:19; 25:15; 27:10; 46:10; 47:16; 51:25; 52:1; 62:6
**objections** [4] - 19:20; 23:17; 33:13; 54:23
**observe** [1] - 77:1
**occasion** [6] - 34:24; 52:25; 53:10; 56:23; 57:14
**occasionally** [1] - 53:6
**occasions** [4] - 13:17, 25; 18:11; 53:13
**occupants** [1] - 50:11
**occupied** [1] - 61:13
**occupy** [1] - 50:10
**occur** [1] - 15:21
**occurred** [1] - 30:14
**October** [6] - 30:1; 52:25; 53:9; 54:17; 67:15
**oddly** [1] - 57:19
**OF** [2] - 1:1, 10
**offer** [10] - 19:21; 21:3; 23:6; 25:13; 27:8, 13; 45:21; 55:3; 56:14
**office** [6] - 40:13; 45:23; 46:8, 13, 17, 22
**officer** [2] - 26:1; 62:23
**Officer** [2] - 59:1; 62:24
**often** [2] - 73:3, 5
**oil** [1] - 56:20
**oil-base** [1] - 56:20
**old** [2] - 14:7; 37:22
**Old** [2] - 1:18; 2:6
**once** [7] - 14:19; 29:16; 37:17, 23; 73:7, 9; 81:24
**one** [17] - 5:17;

**open** [7] - 43:18; 69:18, 22; 70:25; 72:3; 81:7
**opened** [2] - 43:17; 71:15
**opening** [5] - 3:8; 6:6; 71:2, 6, 11
**opposed** [1] - 60:24
**order** [2] - 48:16; 61:22
**ordinarily** [1] - 5:14
**original** [2] - 25:3; 83:21
**originally** [2] - 51:2; 64:19
**ourselves** [1] - 60:2
**outside** [3] - 6:1; 24:20; 43:13
**outstanding** [2] - 2:18
**overruled** [1] - 23:18
**overspoken** [1] - 58:11
**overtake** [1] - 69:23
**OWEN** [1] - 1:21
**own** [5] - 50:4; 64:17, 19; 79:7, 12
**owned** [6] - 3:12, 17, 20; 69:3; 77:3; 79:14
**owner** [1] - 8:25
**ownership** [1] - 11:4
**owns** [3] - 12:1, 3; 50:9
**oxidized** [2] - 56:5, 18

**P**

**p.m** [4] - 1:8; 33:6; 34:24; 36:18
**paddle** [4] - 50:17; 51:13; 53:6, 16
**pages** [1] - 83:12
**paid** [2] - 45:24; 46:24
**painted** [1] - 56:20
**paper** [2] - 71:18, 21
**papers** [22] - 4:11; 14:24; 15:13, 18; 45:5, 24; 46:22; 69:13; 70:7, 10, 16; 71:1, 16; 72:12; 73:2, 12; 74:5, 12, 15; 75:11, 14
**Paradise** [1] - 2:6

**paragraph** [2] - 41:2, 8
**pardon** [1] - 68:19
**parenthesis** [1] - 37:4
**parents** [2] - 8:13; 9:17
**park** [1] - 56:24
**Park** [1] - 1:13
**parking** [1] - 67:24
**particular** [6] - 38:23; 43:9; 56:13; 70:13; 83:14
**particularly** [1] - 58:10
**party** [3] - 40:11, 25; 48:5
**pass** [3] - 9:4; 64:23, 25
**passage** [1] - 43:4
**passed** [4] - 9:3; 64:21; 65:8; 69:21
**passing** [1] - 66:25
**Pat** [1] - 82:11
**Patricia** [2] - 38:5, 8
**paved** [1] - 55:14
**people** [11] - 16:14; 41:18; 45:8; 59:22; 61:6, 9-10, 18, 20; 67:23; 77:25
**per** [2] - 23:25; 32:17
**perform** [2] - 45:19, 21
**performance** [1] - 50:21
**performs** [1] - 31:19
**perhaps** [1] - 58:8
**perimeter** [1] - 58:20
**period** [3] - 9:20; 10:9
**permission** [1] - 19:24
**person** [5] - 36:24; 37:20; 41:2; 57:7
**personal** [5] - 39:7, 10, 16; 42:4; 68:10
**personally** [1] - 45:22
**pertaining** [1] - 22:19
**pertains** [1] - 63:4
**pertinent** [1] - 48:17
**phone** [9] - 48:15, 20; 73:14, 22-23, 25; 74:1, 4
**photograph** [4] - 54:21; 55:14; 57:18
**pick** [2] - 71:9; 73:14
**picked** [2] - 71:18; 73:13
**picture** [5] - 48:15; 52:9; 55:22; 56:14;

83:20

**pin** [1] - 52:11
**Place** [1] - 61:23
**place** [6] - 37:2, 4;
42:5, 13; 54:3
**placed** [1] - 53:22
**places** [1] - 61:22
**Plaintiff** [10] - 1:5,
13; 33:15; 47:20; 52:3;
55:5; 85:12, 14, 16
**plaintiff** [2] - 31:3;
49:15
**Plaintiff's** [13] -
33:8, 19; 34:1, 4, 8,
14; 48:7; 51:22; 52:2,
8; 54:7, 22; 55:8
**plaintiffs** [1] - 33:17
**Plaza** [1] - 1:22
**plumbing** [1] - 80:9
**point** [14] - 9:9, 14;
10:1; 12:15, 22; 14:17;
25:23; 56:2, 8, 25;
60:5; 62:21; 65:6;
69:12
**police** [21] - 21:7, 20,
22; 22:11; 25:23; 26:1,
3, 5, 7, 9, 15-16, 20;
27:1, 6; 59:1; 62:20,
23; 63:1, 4
**polished** [1] - 56:21
**portion** [1] - 28:9
**positioning** [1] -
48:20
**possession** [1] - 28:24
**possible** [1] - 53:19
**post** [1] - 83:1
**potentially** [1] -
18:10
**pounds** [1] - 37:22
**power** [2] - 81:16
**prefer** [1] - 5:3
**premises** [1] - 37:1
**prepare** [1] - 27:14
**prepared** [2] - 4:10,
18
**preprinted** [1] - 40:19
**present** [6] - 3:21;
4:21; 35:11; 36:6;
79:18, 24
**president** [2] - 2:9
**pressing** [1] - 48:22
**presumably** [1] - 15:5
**presume** [1] - 4:22
**pretty** [2] - 73:6; 82:7
**printed** [1] - 24:3
**printout** [2] - 47:24

**proceed** [1] - 5:18
**proceeded** [1] - 40:4
**proceedings** [1] -
83:24
**Proceedings** [1] - 1:25
**process** [16] - 4:12,
23; 5:11; 6:10, 14;
31:19, 23; 32:2, 4, 17,
23; 33:3; 41:19; 49:3;
72:2, 13
**produce** [2] - 4:18, 23
**produced** [1] - 1:25
**professing** [1] - 44:1
**pronounce** [1] - 58:1
**pronouncing** [1] -
57:25
**propane** [1] - 81:23
**proper** [3] - 4:17;
5:10; 62:13
**property** [26] - 3:13,
15; 8:23, 25; 11:2, 4;
12:11; 13:5; 18:20;
39:8, 11; 50:9; 55:12;
57:20; 58:22; 59:7;
62:10; 63:6; 64:17;
65:5, 12; 79:17, 23
**propose** [1] - 5:22
**proprietor** [1] - 53:25
**provide** [5] - 22:3, 6;
27:1, 4; 63:11
**provided** [3] - 33:2;
39:23; 46:17
**proximity** [1] - 51:7
**pull** [2] - 7:21; 8:2
**pumped** [1] - 81:14
**purchase** [6] - 9:25;
10:14; 28:19, 23;
29:12; 66:20
**purchased** [5] - 3:18;
10:3; 28:22; 29:16;
79:17
**purports** [1] - 24:18
**purpose** [3] - 37:11,
23; 63:5
**purposes** [1] - 10:18
**put** [13] - 5:11, 16;
17:24; 24:25; 31:1;
40:21; 41:12; 42:10;
45:4; 53:16; 71:7;
81:25; 82:1

**Q**

**questions** [20] - 6:17;
11:6; 19:10; 25:20;
27:17, 19; 38:11; 46:1,
18; 47:1; 48:2; 58:16,

63:13; 71:25; 74:21,
23; 78:3; 80:12; 82:16
**quickly** [1] - 72:1

**R**

**r-o-t-h-f-r-i-t-z** [1]
- 38:7
**raise** [4] - 7:12;
49:17; 64:4; 78:12
**ran** [1] - 80:8
**Rancor** [1] - 57:6
**rang** [1] - 72:22
**rather** [1] - 82:18
**reach** [1] - 71:16
**read** [5] - 33:25;
36:21; 58:18; 71:5, 19
**reading** [1] - 21:1
**really** [3] - 2:22;
5:13; 61:21
**reason** [1] - 56:13
**rebuttal** [3] - 4:24;
5:12
**receipt** [1] - 75:17
**receipts** [1] - 17:25
**received** [15] - 14:24;
21:2; 25:18; 33:15;
40:3; 47:20; 52:3, 7;
55:5, 7; 85:12, 14,
16-17, 20
**receiving** [1] - 4:11
**recently** [1] - 60:5
**recess** [1] - 81:2
**recognize** [1] - 55:9
**recollection** [7] -
26:19; 40:16; 42:4;
43:21; 44:1; 47:2
**record** [7] - 23:25;
24:15; 27:12; 63:5;
64:10; 78:19
**recorded** [1] - 1:25
**records** [4] - 10:10;
21:18; 24:17; 40:12
**recreational** [1] -
50:21
**recross** [1] - 27:18
**RECROSS** [2] - 27:20;
84:11
**RECROSS-EXAMINATION**
[2] - 27:20; 84:11
**redirect** [1] - 19:11
**REDIRECT** [4] - 19:13;
46:3; 84:9, 18
**REDIRECT-EXAMINATION**
[2] - 46:3; 84:18
**reflex** [1] - 58:16

**refresh** [1] - 40:16
**refuge** [1] - 61:19
**refute** [1] - 62:9
**regardless** [1] - 45:24
**registered** [6] -
20:16; 21:17; 29:1, 16,
19, 24
**registration** [23] -
10:19; 20:4, 7, 10, 13,
20-21, 23; 21:8, 10,
16, 25; 22:10; 24:16;
27:2; 29:6, 22-23;
58:15, 24
**regularly** [2] - 14:18,
20
**related** [1] - 50:18
**relationship** [3] -
6:21, 24; 48:8
**relevance** [1] - 54:24
**relevant** [1] - 6:16
**remained** [1] - 72:6
**remember** [19] - 42:24;
43:3, 8, 10, 12, 25;
44:11, 14, 18, 21;
46:9, 13; 67:14; 70:12,
23; 72:12, 15, 17
**removed** [4] - 18:13,
18-19; 63:7
**renovation** [1] - 17:1
**rephrase** [1] - 46:11
**replace** [1] - 25:2
**report** [17] - 21:7, 21,
23; 22:11; 26:3, 5, 7,
9, 15-16, 21, 23; 27:6;
59:2; 63:1, 4
**Reporter** [1] - 1:21
**reprimanded** [1] -
69:22
**request** [1] - 2:20
**required** [1] - 6:15
**reside** [9] - 8:23; 9:2;
11:1; 62:4, 10, 18;
65:2; 80:13; 81:11
**resided** [9] - 3:16, 20;
8:16; 10:15; 39:8, 11;
60:18; 61:15; 79:16
**residence** [1] - 4:16
**resides** [2] - 14:4;
19:7
**resolve** [1] - 60:6
**resolved** [1] - 2:19
**respect** [3] - 3:3;
6:17; 43:2
**respond** [4] - 15:3, 5;
62:21; 72:21
**responded** [2] - 45:9;

62:20

**respondent** [1] - 33:3

**responding** [2] - 26:1; 62:24

**response** [3] - 35:17; 36:14; 72:20

**rest** [1] - 4:20

**rests** [1] - 82:24

**result** [2] - 80:1, 6

**return** [1] - 46:22

**right-hand** [2] - 34:9; 38:2

**rip** [1] - 45:8

**rise** [1] - 82:12

**Rising** [1] - 82:2

**road** [2] - 9:21; 70:23

**Road** [54] - 1:18; 2:7; 3:17, 19, 21; 9:17, 20; 10:5, 8, 14, 16, 22; 11:12, 25; 12:1, 3; 16:3, 5; 20:17, 22; 23:2, 4, 25; 25:12; 26:11; 52:22; 53:11; 54:12; 57:4, 15; 60:18; 66:6, 9, 11, 15-16; 67:18, 24; 68:7; 69:3, 10-11; 70:22; 75:21, 23, 25; 76:8; 77:2, 4-5; 79:7; 80:13; 81:11

**roads** [1] - 52:20

**Rothfritz** [1] - 38:8

**rough** [1] - 61:25

**roughly** [1] - 74:11

**RPR** [1] - 1:21

**rules** [1] - 40:10

**ruling** [1] - 24:16

---

**S**

---

**SABELLA** [1] - 1:17

**Sabella** [1] - 2:6

**sailboats** [1] - 50:17

**sailed** [1] - 53:6

**SAILING** [1] - 1:3

**sailing** [4] - 50:20; 53:4, 20

**Sailing** [13] - 2:3, 10; 12:13, 23; 13:6; 34:2, 21; 50:4, 7-8; 52:14; 54:18, 25

**sale** [1] - 66:25

**saltwater** [4] - 17:17; 28:14, 16; 30:9

**Sandy** [19] - 14:2; 15:20; 29:10, 17, 24; 53:9; 54:19; 55:15; 59:16; 67:10, 21; 69:2,

9; 76:5, 9; 77:19; 80:1, 6, 13

**save** [1] - 60:1

**saw** [2] - 66:25; 71:16

**scene** [1] - 62:20

**seat** [3] - 6:4; 7:20; 78:23

**second** [3] - 28:4; 66:5; 80:24

**seconds** [2] - 48:3; 49:2

**section** [1] - 37:3

**secure** [3] - 58:20, 23; 68:8

**see** [12] - 5:5; 18:10; 21:23; 23:10; 34:15; 56:15; 57:19; 61:9, 12; 71:17; 72:3; 76:6

**seeing** [1] - 57:11

**seeks** [1] - 2:22

**self** [1] - 50:4

**self-employed** [1] - 50:4

**sell** [1] - 50:17

**send** [1] - 74:15

**sends** [1] - 40:25

**sense** [1] - 5:15

**sent** [5] - 15:3-5; 74:9

**sentence** [3] - 32:1; 36:21; 47:23

**separate** [1] - 6:22

**separated** [1] - 60:10

**separately** [1] - 40:12

**September** [2] - 1:8; 79:15

**series** [1] - 48:2

**serve** [4] - 32:23; 33:1; 35:3; 45:24

**served** [12] - 5:10; 6:14; 15:13, 18; 32:4, 7; 34:6; 37:20; 41:13, 18; 42:25; 72:12

**server** [8] - 4:12, 23; 5:11; 6:10; 31:23; 32:3; 72:2, 13

**service** [56] - 2:23; 3:11; 4:7, 13, 17; 5:1, 10; 6:16; 7:3; 33:11, 21-22; 34:1; 36:6, 16; 37:13, 23, 25; 38:17; 40:7, 18-19; 41:9, 13, 17, 23; 42:2, 8-9, 19; 43:3, 6-7, 9; 45:1, 7, 12, 15, 20-22; 47:3; 48:7, 10-11, 18; 49:3, 6; 50:18; 82:2; 83:23

**services** [2] -

42:5

**Services** [4] - 31:17; 32:3; 38:9

**serving** [2] - 31:19; 39:1

**sets** [1] - 26:9

**seven** [3] - 28:10, 16; 30:13

**several** [3] - 52:20; 54:8; 57:5

**shape** [1] - 61:18

**sheer** [1] - 58:16

**shoot** [1] - 53:17

**shop** [11] - 50:5, 11, 13-14; 51:1, 7; 52:15; 53:24; 54:17; 58:21

**shore** [1] - 59:23

**Shore** [4] - 12:23; 13:6; 52:14; 54:18

**short** [1] - 51:12

**show** [11] - 19:17; 25:8; 26:12; 33:9, 18; 47:13; 51:21, 23; 55:7, 25; 56:6

**showed** [1] - 47:5

**showing** [1] - 52:7

**shows** [1] - 23:24

**shut** [1] - 81:22

**side** [2] - 38:3; 67:24

**sign** [1] - 66:25

**signature** [1] - 38:2

**single** [2] - 79:10; 83:12

**sister** [4] - 8:15; 9:18; 15:17; 28:23

**sit** [3] - 43:2, 8; 44:2

**site** [4] - 50:10, 12; 51:19

**sitting** [1] - 57:20

**six** [3] - 57:2; 80:7; 82:14

**six-foot** [1] - 57:2

**size** [1] - 12:18

**skip** [1] - 21:20

**sliding** [1] - 13:11

**slow** [1] - 62:8

**slowly** [1] - 7:18

**smart** [1] - 48:15

**Smith** [1] - 59:1

**soil** [1] - 44:23

**sold** [1] - 28:25

**somewhere** [1] - 67:16

**son** [10] - 65:14; 67:2, 4; 73:1, 3, 4, 8; 74:11; 75:5

**son's** [1] - 72:25

**soon** [2] - 68:18, 20

**sorry** [12] - 2:13; 3:2; 23:8; 59:19; 64:24; 65:8, 17; 71:6, 11; 75:22; 76:14; 82:19

**sort** [2] - 14:24; 58:14

**sorts** [1] - 50:13

**sought** [1] - 61:18

**sounds** [1] - 80:23

**sources** [2] - 39:22, 25

**south** [4] - 11:14; 16:2, 17; 70:22

**South** [22] - 2:2, 10; 12:13, 22; 13:6; 34:2, 21; 50:4, 7-9; 51:4, 8, 12, 16; 52:12, 14, 21; 54:17, 25; 59:22

**SOUTH** [1] - 1:3

**space** [1] - 83:12

**speaking** [2] - 14:20; 73:4

**specific** [4] - 44:18, 21; 48:1; 80:18

**specifically** [2] - 52:24; 80:3

**spell** [3] - 7:17; 64:9; 78:21

**spelling** [1] - 64:12

**spent** [1] - 68:2

**split** [1] - 82:12

**spoken** [2] - 42:16, 18

**sports** [1] - 50:23

**spousal** [1] - 5:2

**springboard** [1] - 50:22

**stairs** [1] - 68:16

**Standard** [2] - 34:2, 21

**STANDARD** [1] - 1:7

**start** [2] - 51:3; 81:8

**started** [2] - 3:8; 6:3

**state** [5] - 7:17; 37:2, 5; 64:9; 78:18

**State** [1] - 29:7

**statement** [1] - 6:6

**statements** [1] - 3:8

**states** [1] - 24:23

**STATES** [2] - 1:1, 11

**States** [2] - 1:5; 36:11

**Station** [11] - 3:14; 6:11; 8:9; 14:5; 18:23, 25; 19:7; 34:25; 37:16; 63:11; 64:17

**status** [1] - 2:20

**stay** [5] - 59:9; 80:18;

**11**

82:10, 13
**stayed** [13] - 17:19;
18:7; 27:23; 61:20;
66:7; 68:4; 69:10;
80:16; 82:7, 11
**steel** [1] - 56:20
**stenography** [1] - 1:25
**step** [7] - 24:20;
30:24; 49:11; 63:17;
78:7; 81:1; 82:20
**steps** [2] - 62:3; 71:9
**STEVEN** [1] - 1:10
**still** [10] - 2:15;
3:12; 8:23, 25; 11:11;
17:6; 61:9; 79:21;
81:5; 82:2
**stipulate** [2] - 24:23;
25:2
**stipulated** [1] - 83:4
**stomach** [1] - 57:20
**stopped** [2] - 67:1;
77:5
**store** [3] - 50:11, 17;
67:25
**storing** [2] - 11:24;
12:3
**storm** [13] - 30:14;
55:16; 59:14; 68:6;
69:20; 70:1; 76:13, 16,
18, 21; 80:2; 81:12
**stoves** [1] - 81:24
**Street** [15] - 3:14;
4:8, 13; 8:9, 16; 11:1;
14:4; 34:25; 35:5;
37:15; 39:1; 63:10;
64:16; 65:3; 79:20
**street** [4] - 16:14;
66:24; 70:13; 82:14
**streets** [3] - 16:5;
57:14
**strike** [2] - 18:2; 21:1
**structure** [2] - 55:21;
56:2
**stuff** [1] - 23:14
**subject** [2] - 12:6;
37:1
**submission** [1] - 83:1
**subpoenas** [2] - 32:5,
7
**subscriptions** [1] -
10:13
**subsequent** [1] - 37:13
**suitable** [3] - 36:24;
41:2
**Suite** [1] - 1:22
**summons** [12] - 15:3;
33:11; 34:15, 20; 35:3,

12-13; 36:8; 37:14;
38:17; 40:3; 44:12
**summonses** [2] - 32:4,
7
**Sunfish** [1] - 53:22
**Superstorm** [9] - 14:2;
15:20; 29:10, 17, 24;
53:9; 54:18; 76:5;
77:19
**supplied** [1] - 39:3
**suppose** [1] - 48:4
**surrounding** [1] -
60:16
**sustain** [3] - 67:18;
80:3, 5
**sustained** [4] - 24:6;
27:15; 46:11; 62:7
**swim** [1] - 54:5
**swimming** [1] - 53:3
**sworn** [5] - 7:15; 31:7;
49:20; 64:7; 78:16
**swum** [1] - 53:5
**system** [1] - 40:9

**T**

**table** [1] - 6:4
**tack** [1] - 51:13
**tax** [1] - 30:4
**technically** [1] - 51:8
**temporarily** [1] -
17:23
**temporary** [1] - 82:1
**tenants** [1] - 50:10
**terrible** [1] - 7:23
**testified** [14] - 7:15;
11:11; 21:24; 23:15;
31:7; 42:3; 47:22;
49:3, 20; 59:24; 62:17;
64:7; 75:20; 78:16
**testify** [8] - 3:25;
4:10, 19; 21:18; 24:6;
42:1; 62:1; 77:13
**testifying** [3] - 2:14;
42:7; 75:10
**testimony** [7] - 27:22;
30:6; 40:15; 62:9, 14;
74:2; 80:25
**THE** [157] - 1:7, 10;
2:4, 8, 11, 15, 17;
3:3, 6, 23; 5:5, 14,
21, 24; 6:3, 19, 25;
7:5, 8, 10, 12, 17,
19-20, 24-25; 8:1-4;
18:17, 19; 19:11, 17,
19, 23; 20:1; 21:5, 8,
12, 22; 22:2, 5,

11-12, 14; 23:7, 9, 12,
15, 20, 23; 24:2, 6,
11, 15, 25; 25:4, 7,
15, 17; 27:11, 15, 18;
30:20, 23-24; 31:9, 11,
13; 33:9, 12, 17; 35:9;
38:13; 44:24; 46:2, 11;
47:9, 13, 17, 19;
48:18, 21-22; 49:9, 11,
17, 22; 51:23, 25;
52:2; 54:23; 55:2,
16-17, 19; 56:6, 16;
59:10; 60:8, 11; 62:7,
15; 63:15, 17, 19, 21,
25; 64:4, 9, 11, 13;
65:17, 19; 68:11, 17,
19-21, 23-24; 72:1,
5-8, 21-22; 74:25;
76:15; 78:5, 7-8, 12,
18, 20, 23-24; 80:24;
81:3, 8; 82:17, 20, 24;
83:5, 7, 12, 20
**thereafter** [2] - 49:5;
68:3
**thereat** [2] - 36:24;
41:4
**therein** [1] - 63:8
**third** [3] - 40:11, 25;
48:5
**thousands** [2] - 41:20;
42:5
**three** [6] - 14:1, 10;
18:10; 58:8; 76:19, 23
**throughout** [2] -
60:15; 82:8
**tides** [1] - 81:14
**tilled** [1] - 44:23
**today** [10] - 2:24;
22:22; 31:24; 33:24;
39:13; 40:6, 15; 41:19;
62:1; 67:7
**together** [1] - 9:25
**took** [3] - 42:4; 58:14;
59:2
**top** [3] - 34:9; 36:17;
58:17
**totally** [1] - 81:16
**touch** [1] - 68:24
**Tournament** [1] - 53:22
**toward** [1] - 7:21
**towards** [1] - 8:2
**tracks** [1] - 13:9
**transcript** [3] - 1:25;
83:1, 21
**TRANSCRIPT** [1] - 1:10
**transcription** [1] -
1:25

**transfer** [1] - 10:9
**transferred** [1] - 4:2
**traverse** [3] - 3:7;
42:1
**true** [2] - 36:24; 41:4
**trust** [1] - 74:22
**try** [1] - 53:18
**trying** [3] - 58:20;
60:1; 68:8
**turned** [1] - 71:8
**twenty** [1] - 11:18
**two** [20] - 6:1; 13:17,
25; 14:21; 18:10;
21:15, 23; 24:17; 32:1;
33:8, 11; 41:23; 47:23;
48:24; 56:1; 58:8, 14;
66:5; 69:5; 83:5
**type** [4] - 41:18;
48:16; 82:12
**typed** [1] - 41:5
**typically** [1] - 53:5

**U**

**uncle** [1] - 54:9
**under** [8] - 16:3, 6, 9,
11; 28:14; 62:1, 17;
81:5
**underlying** [1] - 12:6
**UNITED** [2] - 1:1, 11
**United** [2] - 1:5; 36:11
**unless** [3] - 3:1; 5:3;
68:10
**unremarkable** [1] -
43:1
**up** [41] - 3:12, 21;
9:8; 12:11; 17:23;
28:9; 30:6; 35:14;
39:1, 13; 45:8, 25;
52:20, 25; 53:6, 10,
17; 54:14; 56:14;
57:15; 59:15, 21; 61:1;
65:15, 24; 67:7; 68:15;
70:21; 71:9, 18-19;
73:9, 13-14; 79:17, 21,
24; 81:17; 82:15
**upholstered** [1] - 60:5
**upholsteries** [1] -
60:9
**upholstery** [2] - 60:4,
9
**upload** [1] - 40:9
**uploaded** [3] - 40:11;
48:11, 14
**upset** [2] - 68:21;
70:13
**usual** [3] - 37:2, 4;

**utility** [1] - 30:4

**V**

**vacant** [2] - 46:9; 61:7
**vacation** [1] - 32:13
**variants** [1] - 56:1
**various** [3] - 5:8; 14:1; 32:4
**Vehicles** [9] - 21:17, 19; 22:4, 13, 19, 25; 23:13; 29:7, 22
**vehicles** [2] - 10:19; 24:17
**veracity** [1] - 42:7
**verbatim** [7] - 42:22; 43:10; 44:8, 10, 19-20; 70:6
**verbiage** [2] - 41:8; 42:10
**vessel** [4] - 12:18; 28:20, 22; 29:22
**Village** [1] - 58:25
**village** [2] - 54:5; 59:1
**vis** [2] - 51:6
**vis-a-vis** [1] - 51:6
**visit** [1] - 66:24
**visited** [1] - 60:20
**volunteer** [1] - 57:8
**voting** [1] - 4:2

**W**

**w-o-z-n-i-c-k** [1] - 78:22
**W-o-z-n-i-c-k** [1] - 64:12
**W-O-Z-N-I-C-K** [1] - 7:19
**waited** [1] - 81:13
**walked** [1] - 71:8
**walking** [1] - 6:4
**wall** [1] - 58:20
**walls** [2] - 77:24; 82:15
**washed** [1] - 81:16
**washer** [1] - 81:16
**water** [29] - 16:3, 6, 9, 11, 17-18; 17:13; 27:25; 30:7, 13; 50:22; 51:7, 11-12; 52:17; 53:16, 18; 56:19, 21-22, 24; 57:15; 75:25; 76:3; 77:22; 80:7, 9

**waterline** [1] - 56:9
**wave** [2] - 68:14; 77:16
**week** [18] - 14:19; 32:9, 12; 38:20, 23; 41:23; 73:7, 9-10; 74:11; 75:1, 5, 7, 12; 76:6, 25
**weekend** [1] - 51:9
**weekly** [1] - 74:12
**weeks** [4] - 32:10; 41:24; 58:14; 83:5
**welcome** [1] - 2:11
**well-tilled** [1] - 44:23
**western** [1] - 54:10
**wet** [2] - 28:8; 61:24
**Wexler** [19] - 2:2; 3:1; 4:22; 5:5; 6:5; 19:17, 19; 25:20; 31:1; 39:4; 45:14; 46:2; 49:13; 63:11, 15; 72:8; 80:11; 82:17
**WEXLER** [82] - 1:13; 2:2, 9, 13, 16; 3:2, 5; 5:7, 20, 23; 6:7, 22; 7:1, 7, 9; 11:9; 19:9, 20; 20:25; 21:4, 6, 14; 23:18, 21; 24:22; 25:2, 16; 27:10, 12, 19, 21; 30:19; 31:2, 12, 15; 32:15, 19; 33:7, 10; 38:11; 44:23; 46:4; 47:8, 10, 18; 48:24; 49:8, 14; 50:2; 52:1, 5; 54:21; 55:3; 56:8, 12; 58:1, 3; 59:9; 60:7; 62:6, 13; 63:16, 20; 68:9; 72:10; 74:21; 76:14; 77:12; 78:3; 82:18, 22; 83:4, 6, 9, 16, 18; 84:8, 12, 15, 19, 22; 85:4
**white** [2] - 14:13; 37:21
**whole** [2] - 17:19; 77:10
**WICKER** [1] - 1:21
**wife** [11] - 3:19; 5:1; 10:15; 18:4; 20:18; 30:5; 66:18; 73:19; 74:2; 75:9
**WILLIAM** [1] - 1:13
**William** [2] - 2:2; 39:3
**window** [3] - 67:1; 68:15; 77:17
**windows** [2] - 68:8; 77:24
**winter** [1] - 

**wish** [1] - 82:21
**withdraw** [1] - 81:6
**withdrawn** [1] - 9:8
**WITNESS** [35] - 7:19, 24; 8:1, 3; 18:19; 22:2, 5, 8, 11, 14; 23:12; 30:20, 23; 31:9; 35:10; 48:19, 22; 49:22; 55:17; 59:10; 60:8; 64:11; 65:17; 68:12, 19, 21, 24; 72:5, 7, 22; 74:25; 76:15; 78:8, 20, 24
**witness** [11] - 2:14; 7:14; 31:6; 49:19; 62:14; 63:18; 64:6; 68:10; 78:9, 15
**witness'** [1] - 62:14
**witnesses** [8] - 4:24; 5:4, 12-13; 6:1; 49:13; 63:19; 82:21
**WITNESSES** [1] - 84:2
**woman** [6] - 6:11; 35:7, 13; 36:8; 44:22; 80:22
**wonderful** [3] - 50:14
**woods** [1] - 51:13
**Woods** [1] - 51:15
**word** [4] - 42:23; 70:6
**word-for-word** [2] - 42:23; 70:6
**words** [3] - 42:16; 77:14
**world** [1] - 50:24
**World's** [1] - 53:22
**worry** [1] - 75:15
**worst** [1] - 15:25
**wound** [1] - 39:1
**WOZNICK** [2] - 1:7; 58:2
**Woznick** [84] - 1:17; 2:7; 3:10, 12-13, 15, 25; 4:10, 16, 18-19; 5:25; 6:12, 25; 7:1, 11, 19; 8:8, 21; 11:10; 20:2; 21:24; 22:16; 23:11; 25:8, 20; 27:22; 34:3, 22; 35:3, 7, 12-13, 15, 17, 19; 36:9, 11, 25; 37:21; 39:8, 11, 14, 17, 23; 40:1; 41:5, 9, 13-14; 42:12, 16, 25; 43:23; 44:7, 12-13; 45:9, 18; 46:19; 49:3; 57:24; 58:2, 5; 59:4; 60:18; 63:4, 24; 64:11, 16; 65:22; 67:6; 69:1; 70:8; 72:11, 25; 73:8; 76:1; 81:10

**Woznick's** [2] - 36:14; 42:13
**written** [1] - 71:19
**wrote** [1] - 58:24

**Y**

**year** [11] - 9:5; 10:9; 14:21; 32:8, 10, 17; 66:2, 23; 73:4; 76:6, 24
**years** [15] - 3:16; 4:1; 11:17; 14:7; 32:2, 20; 37:22; 51:5, 9; 52:24; 53:24; 70:20; 79:15
**YORK** [1] - 1:1
**York** [10] - 1:6, 22; 3:14, 18; 8:10; 29:7; 34:25; 37:16; 40:10; 82:2
**youngest** [1] - 66:3
**yourself** [4] - 45:5; 65:12; 69:22; 71:10
**youth** [1] - 50:20

**12**